Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Demetrius X. Lambrinos (246027)
Elizabeth T. Tran (280502)
Joyce Chang (300780)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Attorneys for the Plaintiff Microsystems Development Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Microsystems Development Technologies, Inc. on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Panasonic Corporation,<br>Panasonic Corporation of North America,<br>Panasonic Industrial Devices Sales Company of America,<br>KOA Corporation,<br>KOA Speer Electronics, Inc.,<br>Murata Manufacturing Co., Ltd.,<br>Murata Electronics North America, Inc.<br>ROHM Co. Ltd.,<br>ROHM Semiconductor U.S.A., LLC,<br>Vishay Intertechnology, Inc.,<br>Yageo Corporation, and<br>Yageo America Corporation<br><br>Defendants | **Case No.: 5:15-cv-03820-HRL**<br><br>**NOTICE OF APPEARANCE BY JOYCE CHANG** |

**NOTICE OF APPEARANCE; CASE NO. 5:15-CV-03820-HRL**

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Joyce Chang of Cotchett, Pitre & McCarthy LLP hereby |
| 2 | enters her appearance on behalf of Plaintiff Microsystems Development Technologies, Inc. in |
| 3 | the above-captioned matter. |

Dated: August 27, 2015  **COTCHETT, PITRE & McCARTHY, LLP**

By: <u>*/s/ Joyce Chang*</u>
Joyce Chang (300780)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jchang@cpmlegal.com

*Attorneys for the Plaintiff Microsystems Development Technologies, Inc.*

**NOTICE OF APPEARANCE** 1