Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Demetrius X. Lambrinos (246027)
Elizabeth T. Tran (280502)
Joyce Chang (300780)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Attorneys for the Plaintiff Microsystems Development Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Microsystems Development Technologies, Inc. on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Panasonic Corporation,<br>Panasonic Corporation of North America,<br>Panasonic Industrial Devices Sales Company of America,<br>KOA Corporation,<br>KOA Speer Electronics, Inc.,<br>Murata Manufacturing Co., Ltd.,<br>Murata Electronics North America, Inc.<br>ROHM Co. Ltd.,<br>ROHM Semiconductor U.S.A., LLC,<br>Vishay Intertechnology, Inc.,<br>Yageo Corporation, and<br>Yageo America Corporation<br><br>Defendants | **Case No.: 5:15-cv-03820-HRL**<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON:**<br><br>1. **KOA SPEER ELECTRONICS, INC.**<br>2. **MURATA ELECTRONICS NORTH AMERICA, INC.**<br>3. **PANASONIC INDUSTRIAL DEVICES SALES COMPANY OF AMERICA**<br>4. **PANASONIC CORPORATION OF NORTH AMERICA**<br>5. **VISHAY INTERTECHNOLOGY, INC.**<br>6. **ROHM SEMICONDUCTOR U.S.A., LLC**<br>7. **YAEGO AMERICA CORPORATION** |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT;
CASE NO. 5:15-CV-03820-HRL**

1       Plaintiff Microsystems Development Technologies, Inc. has effected service on the above

2 referenced defendants.  A true and correct copy of the proofs of service is attached hereto as

3 Exhibit A.

5 Dated:  August 28, 2015               **COTCHETT, PITRE & McCARTHY, LLP**

6                                     By:  */s/ Steven N. Williams*

                                         Joseph W. Cotchett (36324)
                                         Steven N. Williams (175489)
                                         Demetrius Lambrinos (246027)
                                         Elizabeth T. Tran (28052)
                                         Joyce Chang (300780)
                                         840 Malcolm Road, Suite 200
                                         Burlingame, CA 94010
                                         Telephone: 650-697-6000
                                         Facsimile: 650-697-0577
                                         jcotchett@cpmlegal.com
                                         swilliams@cpmlegal.com
                                         dlambrinos@cpmlegal.com
                                         etran@cpmlegal.com
                                         jchang@cpmlegal.com

                                       *Attorneys for Plaintiff*

# EXHIBIT A

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000   FAX No: 650-697-0577 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>1629 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court For The Northern District Of California |
| Plaintiff: MICROSYSTEMS DEVELOPMENT TECHNOLOGIES; ET AL |
| Defendant: PANASONIC CORPORATION; ET AL |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:15-cv-03820 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Corrected Appendix A To Complaint; Civil Cover Sheet; Cmo & Adr Deadlines; Ecf Registration Info; Filing Procedures Of San Jose; Magistrate Judge Brochure For August 2015; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Standing Order For All Judges Of The Northern District Of California; Standing Order Re Settlement Conference Procedures; Standing Order Re Pretrial Preparation; Standing Order Re Initial Case Management; Standing Order Re Civil Discovery Disputes

3. a. Party served:  KOA SPEER ELECTRONICS, INC. C/O CORPORATE SERVICE COMPANY
   b. Person served: LYNANNE GARES, AUTHORIZED TO ACCEPT FOR AGENT

4. Address where the party was served: 2711 CENTERVILLE ROAD, STE. 400
   WILMINGTON, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 25, 2015 (2) at: 12:31PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KENDRA WATSON
   
   A & A LEGAL SERVICE
   
   1541 Bayshore Hwy.     Email: aalegal@pacbell.net
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 27, 2015

(KENDRA WATSON)

Judicial Council Form        PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL        6976000.95771

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000   FAX No: 650-697-0577 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>1629 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: MICROSYSTEMS DEVELOPMENT TECHNOLOGIES; ET AL | | | | |
| Defendant: PANASONIC CORPORATION; ET AL | | | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:15-cv-03820 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Corrected Appendix A To Complaint; Civil Cover Sheet; Cmo & Adr Deadlines; Ecf Registration Info; Filing Procedures Of San Jose; Magistrate Judge Brochure For August 2015; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Standing Order For All Judges Of The Northern District Of California; Standing Order Re Settlement Conference Procedures; Standing Order Re Pretrial Preparation; Standing Order Re Initial Case Management; Standing Order Re Civil Discovery Disputes

3. a. Party served: MURATA ELECTRONICS NORTH AMERICA, INC. C/O CORPORATION SERVICE COMPANY
   b. Person served: ALISHA SMITH, DESIGNATED BY LAW TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: 40 TECHNOLOGY PARKWAY, SOUTH STE. 300
   NORCROSS, GA 30092

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 25, 2015 (2) at: 12:15PM

7. Person Who Served Papers:
   a. WILL ACREE
   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   A & A LEGAL SERVICE
   1541 Bayshore Hwy.            Email: aalegal@pacbell.net
   Burlingame, CA 94010-1602     Fax (650) 697-4640
   (650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 27, 2015

(WILL ACREE)

Judicial Council Form             PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                6976000.95772

| Attorney or Party without Attorney: <br> COTCHETT, PITRE & MCCARTHY, LLP <br> 840 MALCOLM ROAD, STE. 200 <br> BURLINGAME, CA 94010 <br> Telephone No: 650-697-6000   FAX No: 650-697-0577 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 1629 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: MICROSYSTEMS DEVELOPMENT TECHNOLOGIES; ET AL
Defendant: PANASONIC CORPORATION; ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 5:15-cv-03820 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Corrected Appendix A To Complaint; Civil Cover Sheet; Cmo & Adr Deadlines; Ecf Registration Info; Filing Procedures Of San Jose; Magistrate Judge Brochure For August 2015; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Standing Order For All Judges Of The Northern District Of California; Standing Order Re Settlement Conference Procedures; Standing Order Re Pretrial Preparation; Standing Order Re Initial Case Management; Standing Order Re Civil Discovery Disputes

3. a. Party served: PANASONIC INDUSTRIAL DEVICES SALES COMPANY OF AMERICA C/O CT CORPORATION SYSTEM
   b. Person served: GLADIS AGUILERA, PROCESS SPECIALIST

4. Address where the party was served: 818 W. SEVENTH STREET, STE. 930
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 25, 2015 (2) at: 2:40PM

7. Person Who Served Papers:
   a. LIGIA PACHECO
   
   A & A LEGAL SERVICE
   
   1541 Bayshore Hwy.        Email: aalegal@pacbell.net
   Burlingame, CA 94010-1602  Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: PSC2720
      (iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 27, 2015

(LIGIA PACHECO)

Judicial Council Form              PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                6976000.95770

| Attorney or Party without Attorney:<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000     FAX No: 650-697-0577<br>Attorney for: Plaintiff | | | Ref. No. or File No.:<br>1629 | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: MICROSYSTEMS DEVELOPMENT TECHNOLOGIES; ET AL | | | | |
| Defendant: PANASONIC CORPORATION; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:15-cv-03820 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Corrected Appendix A To Complaint; Civil Cover Sheet; Cmo & Adr Deadlines; Ecf Registration Info; Filing Procedures Of San Jose; Magistrate Judge Brochure For August 2015; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Standing Order For All Judges Of The Northern District Of California; Standing Order Re Settlement Conference Procedures; Standing Order Re Pretrial Preparation; Standing Order Re Initial Case Management; Standing Order Re Civil Discovery Disputes

3. a. Party served:            PANASONIC CORPORATION OF NORTH AMERICA C/O CT CORPORATION SYSTEM
   b. Person served:         GLADIS AGUILERA, PROCESS SPECIALIST

4. Address where the party was served:     818 W. SEVENTH STREET, STE. 930
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 25, 2015 (2) at: 2:40PM

7. *Person Who Served Papers:*                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LIGIA PACHECO
                                                                             d. *The Fee for Service was:*

   **A & A LEGAL SERVICE**

                                                                             e. I am: (3) registered California process server
   1541 Bayshore Hwy.     Email: aalegal@pacbell.net            (i) Independent Contractor
   Burlingame, CA 94010-1602    Fax (650) 697-4640                (ii) Registration No.:     PSC2720
   (650) 697-9431                                                                                  (iii) County:                Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Aug. 27, 2015

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL | (LIGIA PACHECO)     6976000.95169 |
|---|---|---|

| Attorney or Party without Attorney:<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000  FAX No: 650-697-0577 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>1629 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: MICROSYSTEMS DEVELOPMENT TECHNOLOGIES; ET AL | | | | |
| Defendant: PANASONIC CORPORATION; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:15-cv-03820 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Corrected Appendix A To Complaint; Civil Cover Sheet; Cmo & Adr Deadlines; Ecf Registration Info; Filing Procedures Of San Jose; Magistrate Judge Brochure For August 2015; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Standing Order For All Judges Of The Northern District Of California; Standing Order Re Settlement Conference Procedures; Standing Order Re Pretrial Preparation; Standing Order Re Initial Case Management; Standing Order Re Civil Discovery Disputes

3. a. Party served: VISHAY INTERTECHNOLOGY, INC. C/O CSC LAWYERS
   b. Person served: BECKY DE GEORGE, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE, STE. 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 25, 2015 (2) at: 3:15PM

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEREMY GLAZE
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2011-65
      (iii) County: Sacramento

A & A LEGAL SERVICE
1541 Bayshore Hwy.   Email: aalegal@pacbell.net
Burlingame, CA 94010-1602   Fax (650) 697-4640
(650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 27, 2015

(JEREMY GLAZE)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

6976000.95774

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000   FAX No: 650-697-0577 | |
| Attorney for: Plaintiff | Ref. No. or File No.: 1629 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: MICROSYSTEMS DEVELOPMENT TECHNOLOGIES; ET AL
Defendant: PANASONIC CORPORATION; ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 5:15-cv-03820 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Corrected Appendix A To Complaint; Civil Cover Sheet; Cmo & Adr Deadlines; Ecf Registration Info; Filing Procedures Of San Jose; Magistrate Judge Brochure For August 2015; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Standing Order For All Judges Of The Northern District Of California; Standing Order Re Settlement Conference Procedures; Standing Order Re Pretrial Preparation; Standing Order Re Initial Case Management; Standing Order Re Civil Discovery Disputes

3. a. Party served: ROHM SEMICONDUCTOR U.S.A., LLC C/O CSC LAWYERS
   b. Person served: BECKY DE GEORGE, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE, STE. 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 25, 2015 (2) at: 3:15PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEREMY GLAZE
   
   A & A LEGAL SERVICE
   
   1541 Bayshore Hwy.   Email: aalegal@pacbell.net
   Burlingame, CA 94010-1602   Fax (650) 697-4640
   (650) 697-9431

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2011-65
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 27, 2015

*(signature)* (JEREMY GLAZE)

Judicial Council Form   PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL

6976000.95773

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010 | | | | |
| Telephone No: 650-697-6000   FAX No: 650-697-0577 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>1629 | | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court For The Northern District Of California

Plaintiff: MICROSYSTEMS DEVELOPMENT TECHNOLOGIES; ET AL
Defendant: PANASONIC CORPORATION; ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:15-cv-03820 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Corrected Appendix A To Complaint; Civil Cover Sheet; Cmo & Adr Deadlines; Ecf Registration Info; Filing Procedures Of San Jose; Magistrate Judge Brochure For August 2015; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Standing Order For All Judges Of The Northern District Of California; Standing Order Re Settlement Conference Procedures; Standing Order Re Pretrial Preparation; Standing Order Re Initial Case Management; Standing Order Re Civil Discovery Disputes

3. a. Party served: YAGEO YAGEO AMERICA CORPORATION C/O SELINA MUN LEE OR OTHER AUTHORIZED AGENT
   b. Person served: IAN GEE, MANAGING DIRECTOR, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served: 2550 NORTH FIRST STREET, STE. 480
   SAN JOSE, CA 95131

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 25, 2015 (2) at: 12:24PM

7. Person Who Served Papers:                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANANDA P. BOUGANIM
   
   d. The Fee for Service was:
   
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2014-0001303
      (iii) County: San Francisco
      (iv) Expiration Date: Sun, Jan. 31, 2016

A & A LEGAL SERVICE
1541 Bayshore Hwy.       Email: aalegal@pacbell.net
Burlingame, CA 94010-1602       Fax (650) 697-4640
(650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Aug. 27, 2015

                                                        (ANANDA P. BOUGANIM)

Judicial Council Form                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                                6976000.95775