Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Demetrius X. Lambrinos (246027)
Elizabeth T. Tran (280502)
Joyce Chang (300780)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Attorneys for Plaintiff Microsystems Development Technologies, Inc. and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Microsystems Development Technologies, Inc. on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Panasonic Corporation,<br>Panasonic Corporation of North America,<br>Panasonic Industrial Devices Sales Company of America,<br>KOA Corporation,<br>KOA Speer Electronics, Inc.,<br>Murata Manufacturing Co., Ltd.,<br>Murata Electronics North America, Inc.<br>ROHM Co. Ltd.,<br>ROHM Semiconductor U.S.A., LLC,<br>Vishay Intertechnology, Inc.,<br>Yageo Corporation, and<br>Yageo America Corporation<br><br>Defendants | **Case No. 5:15-cv-03820-RMW**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE OF SUMMONS AND COMPLAINT AND TIME TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1 and 6-2, Defendants Panasonic Corporation, Panasonic |
| 2 | Corporation of North America, Panasonic Industrial Devices Sales Company of America |
| 3 | (collectively "Panasonic Defendants"), Murata Manufacturing Co., Ltd., Murata Electronics |
| 4 | North America, Inc. (collectively "Murata Defendants"), ROHM Co., Ltd., ROHM |
| 5 | Semiconductor U.S.A., LLC (collectively "ROHM Defendants"), and Vishay Intertechnology, |
| 6 | Inc. ("Vishay") (all defendant groups collectively, "Defendants") and Plaintiff Microsystems |
| 7 | Development Technologies, Inc. ("Microsystems" or "Plaintiff") respectfully request that the |
| 8 | Court enter the following stipulation setting and extending the time for Defendants to respond to |
| 9 | Plaintiff's complaint. |
| 10 | WHEREAS, multiple complaints with allegations substantially similar to those set forth in |
| 11 | Plaintiff Microsystems's complaint have been filed in this Court on behalf of indirect purchasers |
| 12 | of resistors, and motions to relate these cases before the Hon. Ronald M. Whyte are currently |
| 13 | pending (Dkts. 16, 18, and 20); |
| 14 | WHEREAS, it is anticipated that a consolidated amended complaint setting forth the |
| 15 | claims of indirect purchasers of resistors will be filed; |
| 16 | WHEREAS, Defendants have conferred with Plaintiff to request an extension of time to |
| 17 | serve responsive pleadings due to the complexity and length of the complaint; |
| 18 | WHEREAS, Plaintiff has conferred with Defendants to request Defendants' consent to |
| 19 | file a consolidated amended complaint; |
| 20 | WHEREAS, Plaintiff has served several of the Defendants, and counsel for Defendants, |
| 21 | with its summons and complaint; |
| 22 | WHEREAS, Defendants have agreed to accept service on behalf of Defendants residing |
| 23 | outside the United States of America, and that service is deemed effective as of the date the Court |
| 24 | enters the [Proposed] Order on the parties' stipulation; and |
| 25 | WHEREAS, pursuant to Local Rule 6-2(a), undersigned counsel declare under penalty of |
| 26 | perjury under the laws of the United States of America that the facts contained in this stipulation |
| 27 | are true and correct; |
| 28 | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants (the "Parties"), as follows:

1.  Defendants' time to serve responsive pleadings to Plaintiff's complaint or any other complaint alleging indirect purchaser claims on behalf of first-level indirect purchasers of resistors from distributors shall be extended to 90 days after a consolidated amended complaint setting forth those claims is filed.

2.  Plaintiff's opposition to any motion(s) to dismiss filed by Defendants shall be extended to 90 days after any motion to dismiss is filed.

3.  Defendants' reply in support of any motion(s) to dismiss shall be extended to 45 days after Plaintiff's opposition to such motion to dismiss is filed.

4.  Except for the provisions set forth above, nothing in this stipulation shall affect the Parties' rights to seek leave to amend their pleadings, or to oppose leave, as appropriate in accordance with Fed. R. Civ. P. 15.

5.  In making this stipulation, Defendants do not waive (i) any jurisdictional defenses that may be available under Fed. R. Civ. P. 12; (ii) any affirmative defenses under Fed. R. Civ. P. 8; (iii) any other statutory or common law defenses that may be available to Defendants in any currently filed or future related actions; or (iv) any right to seek or oppose any reassignment, transfer, or consolidated alternatives with respect to any of the currently filed or future related actions. Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the extant complaints or any amended and/or consolidated complaint that may be in any of the currently filed or future related actions. By stipulating to the [Proposed] Order, Defendants have not made an appearance in any other actions.

6.  This stipulation does not affect any other pending deadlines, including any forthcoming case management or discovery schedule.

7.  Other defendants named in Plaintiff's complaint may join this stipulation by so informing Plaintiff's counsel in writing.

| | | |
|---|---|---|
| 1 | Dated: September 15, 2015 | Respectfully submitted, |
| 2 | | By: /s/ Steven N. Williams |

Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Demetrius X. Lambrinos (246027)
Elizabeth T. Tran (280502)
Joyce Chang (300780)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Attorneys for Plaintiff Microsystems Development Technologies, Inc. and the Putative Indirect Purchaser Class*

By: /s/ Michael F. Tubach

Michael F. Tubach
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Tel: 415-984-8700
Fax: 415- 984-8701
mtubach@omm.com

*Attorneys for ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC*

By: /s/ Ian L. Papendick

Ian L. Papendick
**WINSTON & STRAWN, LLP**
101 California Street
San Francisco, CA 94111
Tel: 415-591-6905
Fax: 415-591-1400
ipapendick@winston.com

*Attorney for Panasonic Corporation, Panasonic Corporation of North America and Panasonic Industrial Devices Sales Company of America*

| | |
|---|---|
| 1 | By:    */s/ Stephen V. Bomse* |
| 2 | Stephen V. Bomse |
| | **ORRICK** |
| 3 | The Orrick Building |
| | 405 Howard Street |
| 4 | San Francisco, CA 94105 |
| | Tel: 415-773-4145 |
| 5 | Fax: 415-773-5759 |
| | sbomse@orrick.com |
| 6 | |
| | *Attorneys for Murata Manufacturing Co., Ltd. and Murata* |
| 7 | *Electronics of North America, Inc.* |

By:    */s/ Jeffrey M. Goldman*

Jeffrey M. Goldman
**PEPPER HAMILTON LLP**
Suite 1200
4 Park Plaza
Irvine, CA 92614
Tel: 949-567-3547
Fax: 866-728-3537
goldmanj@pepperlaw.com

Barbara Sicalides (*pro hac vice* to be filed)
Megan Morley (*pro hac vice* to be filed)
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Tel: 215-981-4783
Fax: 215-981-4750
sicalidb@pepperlaw.com
morleym@pepperlaw.com

*Attorneys for Vishay Intertechnology, Inc.*

I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

                                      */s/ Steven N. Williams*
                                       Steven N. Williams

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____     By: _____
                                Honorable Ronald M. Whyte
                                United States District Court