1 Jason C. Murray (CSB No. 169806)
Joshua C. Stokes (CSB No. 220214)
2 CROWELL & MORING LLP
515 South Flower St., 40th Floor
3 Los Angeles, CA 90071
Telephone: 213.622.4750
4 Facsimile: 213.622.2690
Email: jmurray@crowell.com
5        jstokes@crowell.com

6 *Counsel for Defendant KOA Speer Electronics, Inc.*

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| Microsystems Development Technologies, Inc., on behalf of itself and all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>Panasonic Corporation, Panasonic Corporation of America, Panasonic Industrial Devices Sales Company of America, KOA Corporation, KOA Speer Electronics, Inc., Murata Manufacturing Co., Ltd., Murata Electronics North America, Inc., ROHM Co. Ltd., ROHM Semiconductor U.S.A., LLC, Vishay Intertechnology, Inc., Yageo Corporation, and Yageo America Corporation,<br><br>          Defendants. | Case No. 5:15-cv-03820-RMW<br><br>**KOA SPEER ELECTRONICS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

KOA SPEER ELECTRONICS, INC.'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS AND           CASE NO. 5:15-CV-03820-RMW
CORPORATE DISCLOSURE STATEMENT

KOA Speer Electronics, Inc. ("KSE") hereby files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and its Certificate of Interested Entities or Persons pursuant to Civil Local Rule 3-15.

KSE states, pursuant to Federal Rule of Civil Procedure 7.1, that KOA Speer Holding Corp. is its parent company and that KSE is a wholly-owned subsidiary.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- KOA Speer Holding Corp., parent company of Defendant KOA Speer Electronics, Inc.

Dated: September 23, 2015         CROWELL & MORING LLP


                                  */s/ Jason C. Murray*
                                  Jason C. Murray
                                  Joshua C. Stokes
                                  Attorneys for Defendant
                                  KOA Speer Electronics, Inc.

CROWELL & MORING LLP
ATTORNEYS AT LAW

KOA SPEER ELECTRONICS, INC.'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS AND      -1-      CASE NO. 5:15-CV-03820-RMW
CORPORATE DISCLOSURE STATEMENT