CROWELL & MORING LLP
Jason C. Murray (CSB No. 169806, jmurray@crowell.com)
Joshua C. Stokes (CSB No. 220214, jstokes@crowell.com)
Emily T. Kuwahara (CSB No. 252411, ekuwahara@crowell.com)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

*Counsel for Defendant*
*KOA Speer Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Microsystems Development Technologies, Inc., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Panasonic Corporation; Panasonic Corporation of North America; Panasonic Industrial Devices Sales Company of America; KOA Corporation; KOA Speer Electronics, Inc.; Murata Manufacturing Co., Ltd.; Murata Electronics North America, Inc.; ROHM Co. Ltd.; ROHM Semiconductor U.S.A., LLC; Vishay Intertechnology, Inc.; Yageo Corporation; and Yageo America Corporation,<br><br>Defendants. | Case No. 5:15-cv-03820-RMW<br>(Related to Case No. 5:15-cv-03820-RMW)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT KOA SPEER ELECTRONICS, INC.** |

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST: |
| 2 | PLEASE TAKE NOTICE that Emily T. Kuwahara, Jordan L. Ludwig, and Katie |
| 3 | Yablonka of the law firm of Crowell & Moring LLP hereby enter their appearance as counsel of |
| 4 | record in the above-captioned matter for Defendant KOA Speer Electronics, Inc. |
| 5 | All notices, including electronic or "ECF" notices, given or required to be given, and all |
| 6 | papers filed or served or required to be served in the above-captioned matter, should be provided |
| 7 | to and served upon counsel at the addresses set forth below: |

Emily T. Kuwahara (ekuwahara@crowell.com)
Jordan L. Ludwig (jludwig@crowell.com)
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Katie Yablonka (kyablonka@crowell.com)
Crowell & Moring LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Dated: October 29, 2015          CROWELL & MORING LLP


  */s/ Joshua C. Stokes*
Joshua C. Stokes

*Counsel for Defendant*
*KOA Speer Electronics, Inc.*