UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Microsystems Development Technologies, Inc.
                 Plaintiff(s),

v.

Panasonic Corporation, et al.
                 Defendant(s).

Case No. 5:15-cv-03820-RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b))*;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/03/2015                                  /s/ Larry Polyak
                                                            [Party]

Dated: 11/03/2015                                  /s/ Steven N. Williams
                                                            [Counsel]