MICHAEL N. LOTERSTEIN (IL Bar No. 6297060)
ANDREW K.M. ROSA (HI Bar No. 6366)
United States Department of Justice
Antitrust Division
209 S. LaSalle Street, Suite 600
Chicago, IL  60604
Telephone: (312) 984-7200
Fax: (312) 984-7299
Michael.Loterstein@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSYSTEMS DEVELOPMENT TECHNOLOGIES, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PANASONIC CORPORATION, et al.,<br>        Defendants. | Case No. 5:15-cv-03820-RMW<br><br>**[PROPOSED]** ORDER GRANTING UNITED STATES' ADMINISTRATIVE MOTION TO FILE LOTERSTEIN DECLARATION UNDER SEAL<br><br>Date: December 18, 2015<br>Time: 10:30 a.m.<br>Judge: Honorable Ronald M. Whyte |
| CHIP-TECH, LTD.,<br><br>        Plaintiff,<br><br>   v.<br><br>AVX CORPORATION, et al.,<br>       Defendants. | Case No. 5:15-cv-03868-RMW |
| TOP FLOOR HOME IMPROVEMENTS,<br><br>        Plaintiff,<br><br>   v.<br><br>PANASONIC CORPORATION, et al.,<br>       Defendants.<br><br>CAPTION CONTINUED ON NEXT PAGE | Case No. 5:15-cv-03907-RMW |

| | |
|---|---|
| MAKERSLED LLC,<br><br>      Plaintiff,<br><br>   v.<br>PANASONIC CORPORATION, et al.,<br>      Defendants. | Case No. 5:15-cv-04042-RMW |
| NEBRASKA DYNAMICS, INC.,<br><br>      Plaintiff,<br><br>   v.<br>PANASONIC CORPORATION, et al.,<br>      Defendants. | Case No. 5:15-cv-04201-RMW |
| MICHAEL BROOKS,<br><br>      Plaintiff,<br><br>   v.<br>PANASONIC CORPORATION, et al.,<br>      Defendants. | Case No. 5:15-cv-04206-RMW |
| LINKITZ SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>   v.<br>PANASONIC CORPORATION, et al.,<br>      Defendants. | Case No. 5:15-cv-04724-RMW |
| SCHUTEN ELECTRONICS, INC.,<br><br>      Plaintiff,<br><br>   v.<br>AVX CORPORATION, et al.,<br>      Defendants. | Case No. 5:15-cv-04878-RMW |

     On this date, the Court considered the United States' Administrative Motion to File Loterstein Declaration Under Seal. The Court finds that the Loterstein Declaration discloses "matters occurring before a grand jury," which, if made public at this time, would reveal the nature and scope, and compromise the integrity and secrecy of, the grand jury investigations.

1  The Court further finds that the contents of the Loterstein Declaration are within the scope of
2  Federal Rule of Criminal Procedure 6(e)'s secrecy protection. *See United States v. Index*
3  *Newspapers LLC*, 766 F.3d 1072, 1086 (9th Cir. 2014).
4       Upon balancing the interests of the public in access to judicial documents and the
5  government's interest in grand jury secrecy,
6       IT IS ORDERED that the United States' Administrative Motion to File Loterstein
7  Declaration under Seal is GRANTED.
8       The Clerk of Court shall file under seal the Declaration of Attorney Michael N.
9  Loterstein in Support of United States' Motion to Intervene.

Date: November 24, 2015

                                                   */s/ Ronald M. Whyte*
                                         Honorable Ronald M. Whyte
                                         United States District Court Judge

[PROPOSED] ORDER GRANTING UNITED STATES' ADMIN. MOTION TO FILE LOTERSTEIN DECL.
UNDER SEAL
Case No. 5:15-cv-03820-RMW