Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Demetrius X. Lambrinos (246027)
Joyce Chang (300780)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
jchang@cpmlegal.com

*Attorneys for Microsystems Development Technologies, Inc., Makersled LLC, Nebraska Dynamics, Inc. and the Putative Indirect Purchaser Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICROSYSTEMS DEVELOPMENT TECHNOLOGIES, INC., et al., <br><br>Plaintiffs, <br><br>vs. <br><br>PANASONIC CORPORATION, et al., <br><br>Defendants. | Case No: 5:15-cv-03820-RMW <br><br>**NOTICE OF VOLUNTARY DISMISSAL OF MURATA DEFENDANTS WITHOUT PREJUDICE** |
| MAKERSLED LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>PANASONIC CORPORATION, et al., <br><br>Defendants. | Case No. 5:15-cv-04042-RMW |
| NEBRASKA DYNAMICS, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>PANASONIC CORPORATION, et al., <br><br>Defendants. | Case No. 5:15-cv-04201-RMW |

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs by
2 and through their undersigned counsel hereby dismiss Defendants Murata Manufacturing Co.,
3 Ltd. and Murata Electronics North America, Inc. (collectively "Murata Defendants") in the
4 above-captioned actions, without prejudice.

Dated:  December 9, 2015

By: */s/ Steven N. Williams*
Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Demetrius X. Lambrinos (246027)
Elizabeth T. Tran (280502)
Joyce Chang (300780)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
Email: jcotchett@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com
jchang@cpmlegal.com

*Attorneys for Plaintiffs Microsystems Development Technologies, Inc., MakersLED LLC, and Nebraska Dynamics, Inc. and the Putative Indirect Purchaser Plaintiff Class*

**NOTICE OF VOLUNTARY DISMISSAL OF MURATA DEFENDANTS WITHOUT PREJUDICE**      1