Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Demetrius X. Lambrinos (246027)
Joyce Chang (300780)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
jchang@cpmlegal.com

*Attorneys for Microsystems Development
Technologies, Inc., Makersled LLC,
Nebraska Dynamics, Inc. and the
Putative Indirect Purchaser Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MICROSYSTEMS DEVELOPMENT TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PANASONIC CORPORATION, et al.,<br><br>Defendants. | Case No: 5:15-cv-03820-RMW<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL OF MURATA DEFENDANTS WITHOUT PREJUDICE** |
| MAKERSLED LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PANASONIC CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-04042-RMW |
| NEBRASKA DYNAMICS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>PANASONIC CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-04201-RMW |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs by and through their undersigned counsel hereby dismiss Defendants Murata Manufacturing Co., Ltd. and Murata Electronics North America, Inc. (collectively "Murata Defendants") in the above-captioned actions, without prejudice.

Dated:  December 9, 2015

      By:  */s/ Steven N. Williams*
      Joseph W. Cotchett (36324)
      Steven N. Williams (175489)
      Demetrius X. Lambrinos (246027)
      Elizabeth T. Tran (280502)
      Joyce Chang (300780)
      **COTCHETT, PITRE & McCARTHY, LLP**
      840 Malcolm Road, Suite 200
      Burlingame, CA 94010
      Telephone: 650-697-6000
      Facsimile: 650-697-0577
      Email: jcotchett@cpmlegal.com
      swilliams@cpmlegal.com
      dlambrinos@cpmlegal.com
      etran@cpmlegal.com
      jchang@cpmlegal.com

      *Attorneys for Plaintiffs Microsystems*
      *Development Technologies, Inc., MakersLED*
      *LLC, and Nebraska Dynamics, Inc. and the*
      *Putative Indirect Purchaser Plaintiff Class*

---

**NOTICE OF VOLUNTARY DISMISSAL OF MURATA DEFENDANTS WITHOUT PREJUDICE**  1