UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE RESISTORS ANTITRUST LITIGATION

Master File No: 5:15-cv-03820 RMW

**[PROPOSED]** CASE MANAGEMENT ORDER

As discussed at the case management conference, the Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 to resolve the Intervenor United States Department of Justice's request for a stay of discovery:

| Event | Deadline |
|---|---|
| Plaintiffs, Defendants, and Intervenor U.S. Department of Justice complete meet & confers and file initial submissions | January 8, 2016 |
| Responses to initial submissions | January 22, 2016 |
| Case Management Conference | January 29, 2016 at 10:30 a.m. |

If the parties are able to come to agreement about the scope of the proposed stay by January 8, the parties shall file a single document so indicating and attach a copy of the agreed-upon proposed order to the filing. If the parties are unable to reach agreement, each party shall submit its proposal for a stay on January 8, which shall include a proposed order setting forth the terms of the proposed stay. To facilitate comparison of the competing proposals, the parties shall use the Department of Justice's proposed order as a starting point and redline their proposed changes against that version.

**IT IS SO ORDERED.**

Dated: December 31, 2015

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge