Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eight Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION | Case No:  5:15-cv-03820-RMW |
| This Document Relates To:<br><br>DIRECT PURCHASERS | **NOTICE OF VOLUNTARY DISMISSAL OF KEMET DEFENDANTS WITHOUT PREJUDICE** |

1

1     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Direct Purchaser

2  Plaintiffs, by and their their undersigned counsel, hereby dismiss Defendants KEMET Corporation

3  and KEMET Electronics Corporation (collectively "KEMET Defendants") in the above-captioned

4  action, without prejudice.

5

6  Dated: January 28, 2016

7

8                                              By:   COHEN MILSTEIN SELLERS & TOLL PLLC
                                                     */s/ Kit A. Pierson*
9                                                    Kit A. Pierson (*pro hac vice*)
                                                     Daniel A. Small (*pro hac vice*)
10                                                   Emmy L. Levens (*pro hac vice*)
                                                     Laura Alexander (255485)
11                                                   1100 New York Ave. NW
                                                     Suite 500, West Tower
12                                                   Washington, DC 20005
                                                     Telephone:  (202) 408-4600
13                                                   Facsimile:  (202) 408-4699
                                                     kpierson@cohenmilstein.com
14                                                   dsmall@cohenmilstein.com
                                                     elevens@cohenmilstein.com
15                                                   lalexander@cohenmilstein.com

16
                                                     HAGENS BERMAN SOBOL SHAPIRO LLP
17                                                   */s/ Jeff D. Friedman*
                                                     Jeff D. Friedman (173886)
18                                                   Shana E. Scarlett (217895)
                                                     715 Hearst Avenue, Suite 202
19                                                   Berkeley, CA 94710
                                                     Telephone: (510) 725-3000
20                                                   Facsimile: (510) 725-3001
                                                     jefff@hbsslaw.com
21                                                   shanas@hbsslaw.com

22
                                                     */s/ Steven W. Berman*
23                                                   Steven W. Berman (*pro hac vice*)
                                                     1918 Eight Avenue, Suite 3300
24                                                   Seattle, WA 98101
                                                     Telephone: (206) 623-7292
25                                                   Facsimile: (206) 623-0594
                                                     steve@hbsslaw.com
26
                                                     *Attorneys for Plaintiff Schuten Electronics, Inc.*
27                                                   *and the Proposed Class of Direct Purchasers*

28
                                                          2

NOTICE OF VOLUNTARY DISMISSAL OF
KEMET DEFENDANTS WITHOUT PREJUDICE
Case No. 5:15-cv-03820-RMW

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated:  January 28, 2016         By:         */s/ Kit A. Pierson*

3

**PROOF OF SERVICE**

1

2      I am a citizen of the United States and employed in Washington, District of Columbia. I

3 declare that I am over the age of eighteen (18) and not a party to this action.  My business address is

4 1100 New York Ave. NW, Suite 500, Washington, DC  20005.

5      On January 28, 2016, I served a copy of Notice of Voluntary Dismissal of Kemet Defendants

6 Without Prejudice on the interested parties in this action by electronically filing the foregoing with

7 the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system,

8 which will send a notice of electronic filing to all parties registered with the CM/ECF system in the

9 above-captioned matter.

10      I declare under penalty of perjury under the laws of the State of California and the United

11 States that the above is true and correct. Executed on January 28, 2016, at Washington, District of

12 Columbia.

13                                    */s/ Kit A. Pierson*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28