1
2
3
4
5
6
7
8
9
10
11
12
13
14              UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
16                    SAN JOSE DIVISION

17  | IN RE RESISTORS ANTITRUST LITIGATION, | Case No. 5:15-cv-03820-RMW |
    |---|---|
    | | [PROPOSED] CASE MANAGEMENT ORDER |
    | This Documents Relates to: | |
    | ALL ACTIONS | |

1    The Court held a case management conference on January 29, 2016 and hereby orders the
2    following:
3    All discovery in this matter is stayed until April 18, 2016.
4    No later than April 1, 2016, the United States Department of Justice (DOJ) will inform the
5    Court and parties whether it intends to seek an extension of the stay of discovery beyond April 18,
6    2016, and its position on whether it continues to seek a stay of the production by defendants to
7    plaintiffs of defendants' pre-existing business documents produced to the DOJ in the criminal
8    investigations involving resistors.
9    If the DOJ seeks to extend the stay of discovery or opposes defendants' production to
10   plaintiffs of documents previously produced to the DOJ, this Court orders a Case Management
11   Conference on April 15 at 10:30 a.m., which may be taken off calendar by stipulation of the parties
12   in the event they are able to agree on the scope of an extended stay of discovery and corresponding
13   case schedule.
14   If the DOJ does not seek to extend the stay of discovery and does not oppose production to
15   plaintiffs by defendants of pre-existing business documents defendants produced to the DOJ, the stay
16   of discovery with respect to such documents shall expire on April 18, 2016, and this Court orders the
17   following schedule:
18   1.   No later than April 29, 2016, defendants will produce to the plaintiffs all pre-existing
19   business documents produced to the DOJ in the ongoing criminal investigations involving resistors.
20   2.   No later than May 27, 2016, direct purchaser plaintiffs (DPPs) and indirect purchaser
21   plaintiffs (IPPs) will each file a consolidated complaint.
22   3.   No later than June 27, 2016, defendants will file any motions to dismiss the
23   consolidated complaints.
24   4.   No later than July 27, 2016, plaintiffs will file oppositions to motions to dismiss the
25   consolidated complaints.
26   5.   No later than August 11, 2016, defendants will file replies in support of the motions to
27   dismiss.
28

Case Management Order – Case No.: 15-cv-03820-RMW

-1-

010554-11 824984 V1

1   6. The hearing on defendants' motions to dismiss will be held on August 26, 2016, at
2   9:00 a.m.

    IT IS SO ORDERED:

DATED:  02/16/2016

         *Ronald M. Whyte*
         HON. RONALD M. WHYTE
         United States District Judge

Case Management Order – Case No.: 15-cv-03820-RMW

-2-

010554-11 824984 V1