MICHAEL N. LOTERSTEIN (IL Bar No. 6297060)
ANDREW K.M. ROSA (HI Bar No. 6366)
United States Department of Justice
Antitrust Division
209 S. LaSalle Street, Suite 600
Chicago, IL 60604
Telephone: (312) 984-7200
Fax: (312) 984-7299
Michael.Loterstein@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION | Case No. 5:15-cv-03820-RMW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LIMITED DISCOVERY STAY** |
| This Document Relates to:<br><br>ALL ACTIONS | |

WHEREAS these civil cases arise from an alleged conspiracy to fix the prices of resistors in violation of the Sherman Act, 15 U.S.C. § 1 and various state indirect purchaser and consumer protection statutes;

WHEREAS the United States Department of Justice requested that the Court stay discovery based on ongoing criminal grand jury investigations involving an alleged conspiracy to fix the prices of resistors;

WHEREAS on February 16, 2016, the Court issued an order that, *inter alia*, stayed all discovery in this matter until April 18, 2016 ("DOJ Discovery Stay");

1       WHEREAS the Court ordered the United States to notify the Court by April 1, 2016, if it intended to seek a further stay of discovery;

      WHEREAS the parties and United States have met and conferred on the scope of a further, limited discovery stay;

      PLAINTIFFS, DEFENDANTS, AND THE UNITED STATES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The DOJ Discovery Stay in this matter is lifted as of April 18, 2016, except as specified in this Stipulation and Order.

2. No discovery shall be conducted in this case until October 18, 2016 (including, without limitation, document requests, interrogatories, requests to admit, or depositions), that specifically requests, or otherwise refers, reflects, relates to, or would result in the production of, any documents produced solely to the United States or the grand jury in connection with the grand jury located in the Northern District of California, except by order of the Court upon good cause shown and consistent with governing law. This stipulation prohibits discovery only of documents produced solely to the United States or the grand jury in connection with the grand jury located in the Northern District of California that refer, reflect, or relate to any understandings, agreements, contacts, meetings, or communications between or among any manufacturers of resistors, relating to the sale, pricing, production, volume, market share, customers, capacity, or distribution of resistors.

3. All formal discovery requests shall be served on the United States Department of Justice, Antitrust Division, at the same time as the receiving party.

4. Nothing in this Order is intended to foreclose any party or the United States from seeking an additional stay of discovery, or from objecting to discovery that is otherwise permitted by this Order. All such rights and objections are preserved. Any party or the United States has leave to move for a modification or extension of this Order upon showing of good cause.

IT IS SO ORDERED.

DATED: 4/1/2016

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

Dated: March 24, 2016     Respectfully Submitted,

**UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION**
By:   /s/ Andrew K.M. Rosa

    Michael N. Loterstein (IL Bar No. 6297060)
    Andrew K. M. Rosa (HI Bar No. 6366)
    209 S. LaSalle Street, Suite 600
    Chicago, IL 60604
    Telephone: (312) 984-7200
    Facsimile: (312) 984-7299
    Michael.Loterstein@usdoj.gov
    Andrew.K.Rosa@usdoj.gov

    *Counsel for Intervenor United States of America*

**COTCHETT, PITRE & McCARTHY, LLP**
By:   /s/ Steven N. Williams

    Joseph W. Cotchett (36324)
    Steven N. Williams (175489)
    Adam J. Zapala (245748)
    Demetrius Lambrinos (246027)
    Joyce Chang (300780)
    840 Malcolm Road, Suite 200
    Burlingame, CA 94010
    Telephone: 650-697-6000
    Facsimile: 650-697-0577
    jcotchett@cpmlegal.com
    swilliams@cpmlegal.com
    azapala@cpmlegal.com
    dlambrinos@cpmlegal.com
    jchang@cpmlegal.com

    *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

*Additional Counsel for Indirect Purchaser Plaintiffs*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Daniel J. Nordin
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
**Hausfeld, LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Arthur N. Bailey, Sr., Esq.
**Arthur N. Bailey & Associates**
111 West Second St., Suite 4500
Jamestown, NY 14701
Telephone: (716) 483-3732
Fax: (716) 664-2983
artlaw@windstream.net

W. Joseph Bruckner
Heidi M. Silton
Elizabeth R. Odette
Brian D. Clark
**Lockridge Grindal Nauen, PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
hmsilton@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com

Krishna B. Narine
Joel C. Meredith
**Meredith & Narine**
100 S. Broad Street, Suite 905
Philadelphia, PA 19110
Telephone: (215) 564-5182
Fax: (267) 687-1628
knarine@m-npartners.com
jmeredith@m-npartners.com

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
**Saveri & Saveri, Inc.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com  cadio@saveri.com

Allan Steyer
D. Scott Macrae
Jill M. Manning
**Steyer Lowenthal Boodrookas Alvarez & Smith, LLP**
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Fax: (415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
By: _/s/ Jeff D. Friedman_

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

STIPULATION AND [PROPOSED] ORDER FOR LIMITED DISCOVERY STAY
5:15-cv-03820-RMW

By: */s/ Kit A. Pierson*

    Kit A. Pierson (*pro hac vice*)
    Daniel A. Small (*pro hac vice*)
    Emmy L. Levens (*pro hac vice*)
    Laura Alexander (*pro hac vice*)
    COHEN MILSTEIN SELLERS & TOLL PLLC
    1100 New York Ave. NW, Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600
    kpierson@cohenmilstein.com
    dsmall@cohenmilstein.com
    elevens@cohenmilstein.com
    lalexander@cohenmilstein.com

    *Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

**O'MELVENY & MYERS LLP**
By: */s/ Michael F. Tubach*

    Michael F. Tubach (145955)
    Brian Y. Chang (287757)
    Two Embarcadero Center, 28th Floor
    San Francisco, CA 94111-3305
    Telephone:(415) 984-8700
    Facsimile: (415) 984-8701
    mtubach@omm.com
    bchang@omm.com

    Kenneth Ryan O'Rourke (120144)
    O'Melveny & Myers LLP
    400 South Hope Street
    Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
    Email: korourke@omm.com

    *Attorneys for ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC*

6
STIPULATION AND [PROPOSED] ORDER FOR LIMITED DISCOVERY STAY
5:15-cv-03820-RMW

**WINSTON & STRAWN, LLP**
By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler (*pro hac vice*)
Eva W. Cole (*pro hac vice*)
Brandon W. Duke (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
ewcole@winston.com
bduke@winston.com

Ian Papendick (275648)
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-6905
Facsimile: (415) 591-1400
ipapendick@winston.com

*Attorneys for Panasonic Corporation, Panasonic Corporation of North America and Panasonic Industrial Devices Sales Company of America*

**PEPPER HAMILTON LLP**
By: */s/ Barbara Sicalides*

Jeffrey M. Goldman (233840)
Suite 1200
4 Park Plaza
Irvine, CA 92614
Telephone: (949) 567-3547
Facsimile: (866) 728-3537
Email: goldmanj@pepperlaw.com

Barbara Sicalides (*pro hac vice*)
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4783
Facsimile: (215) 981-4750
Email: sicalidb@pepperlaw.com

*Attorneys for Vishay Intertechnology, Inc.*

**CROWELL & MORING, LLP**
By: */s/ Joshua C. Stokes*

 Jason C. Murray (169806)
 Joshua C. Stokes (220214)
 Emily T. Kuwahara (252411)
 515 South Flower St., 40th Fl.
 Los Angeles, CA 90071
 Telephone: (213) 622-4750
 Facsimile: (213) 622-2690
 jmurray@crowell.com
 jstokes@crowell.com
 ekuwahara@crowell.com

 *Attorneys for Defendant KOA Speer Electronics, Inc.*

**FREITAS ANGELL & WEINBERG LLP**
By: */s/ Robert E. Freitas*

 Robert E. Freitas (80948)
 Jason S. Angell (221607)
 Jessica N. Leal (267232)
 350 Marine Parkway, Suite 200
 Redwood Shores, CA 94065
 Telephone: (650) 593-6300
 Facsimile: (650) 594-6301
 rfreitas@fawlaw.com
 jangell@fawlaw.com
 jleal@fawlaw.com

 *Attorneys for Defendants Yageo Corporation and Yageo America Corporation*

**MORGAN, LEWIS BOCKIUS LLP**
By: */s/ John Clayton Everett*

 Michelle Park Chiu (248421)
 One Market, Spear St. Tower, 5th Floor
 San Francisco, CA 94105-1126
 Telephone: (415) 442-1000
 Facsimile: (415) 442-1001
 Email: mchiu@morganlewis.com

John Clayton Everett (*pro hac vice*)
Scott A. Stempel (*pro hac vice*)
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
jeverett@morganlewis.com
sstempel@morganlewis.com

*Attorneys for Defendants TDK Corporation, TDK-EPC Corporation, and TDK U.S.A. Corporation*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
By:  */s/ Bruce Sokler*

Evan Nadel (213230)
44 Montgomery St., 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
Email: enadel@mintz.com

Bruce Sokler (*pro hac vice*)
701 Pennsylvania Ave. NW
Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
Email: bdsokler@mintz.com

*Attorneys for Defendant AVX Corporation*