*[Counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Resistors Antitrust Litigation* <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Case No. 3:15-cv-03820-JD <br><br> **JOINT STATEMENT REGARDING PROPOSED CASE SCHEDULE** |

Plaintiffs in the above-captioned Direct Purchaser and Indirect Purchaser actions (hereinafter "Plaintiffs") and Defendants Hokuriku Electric Industry Co., HDK America, Inc., Panasonic Corporation, Panasonic Corporation of North America, Kamaya, Inc., Kamaya Electric Co. Ltd., KOA Corporation, KOA Speer Electronics, Inc., ROHM Co., Ltd., and ROHM Semiconductor USA LLC ("Defendants") have met and conferred pursuant to the Court's order to submit a proposed scheduling order, ECF No. 236, and hereby stipulate and agree to a schedule for this action as follows:

| Event | Date |
| --- | --- |
| Defendants' motions to dismiss filed | August 24, 2016 |
| Initial disclosures exchanged | August 26, 2016 |
| Finalize and file ESI Protocol (or submit any disputes to Court) | September 9, 2016 |
| Finalize and file Expert Discovery Protocol (or submit any disputes to Court) | September 9, 2016 |
| Parties produce organizational charts, if any | September 12, 2016 |
| Defendants serve objections and responses to DPPs' two sets of RFPs served on July 29, 2016 | September 15, 2016 |
| Defendants serve objections and responses to DPPs' first set of interrogatories | September 15, 2016 |
| Complete production of "DOJ documents" | September 19, 2016 |
| Deadline for meet and confer with DPPs regarding discovery objections | September 22, 2016 |
| Finalize Search Term Protocol or Predictive Coding Protocol | September 22, 2016 |
| Defendants submit proposed list of document custodians and locations of non-custodial "centralized files" to search | September 23, 2016 |
| Plaintiffs file oppositions to motions to dismiss | September 26, 2016 |

| Event | Date |
|---|---|
| Parties exchange proposed search term lists[1] | September 28, 2016 |
| Defendants file replies to motions to dismiss | October 11, 2016 |
| Substantially complete production of U.S. transactional data from active systems at U.S. subsidiary defendants | October 21, 2016 |
| Complete negotiations identifying all of Defendants' document custodians, including identification of priority custodians | October 27, 2016 |
| Status Conference and Hearing on Motions to Dismiss | October 27, 2016 |
| Parties submit any disputes regarding custodians or search locations to Court | November 18, 2016 |
| Complete negotiations regarding search terms [or predictive coding][2] | November 30, 2016 |
| Defendants begin rolling productions from centralized files | November 30, 2016 |
| Parties submit any disputes regarding search terms [or predictive coding] to Court | December 7, 2016 |
| Defendants begin rolling productions of documents from priority custodians[3] | December 12, 2016 |
| Plaintiffs begin rolling productions of documents from class representatives | December 5, 2016 |
| Defendants complete production of U.S. transactional data from legacy systems, if any, at U.S. subsidiary defendants | December 15, 2016 |
| Status Conference (if needed) | January 26, 2017 |
| Complete production of transactional data from Japanese parent companies (and/or other foreign entities) from active systems regarding resistors shipped into U.S., if any | January 27, 2017 |

---

[1] The proposed deadline of September 28, 2016 for the exchange of proposed search terms assumes that the parties have finalized a Search Term Protocol or Predictive Coding Protocol by that date.

[2] The proposed deadline of November 30, 2016 for the completion of negotiations regarding search terms or predictive coding assumes that the parties have finalized a list of custodians sufficiently in advance of that date to have meaningful negotiations. It also assumes a finalized Search Term Protocol.

[3] The proposed deadline of December 12, 2016 for the rolling production of documents from priority custodians assumes that the that the parties have finalized a list of custodians and search terms sufficiently in advance of that date.

JOINT STATEMENT REGARDING CASE NO. 3:15-cv-03820-JD
PROPOSED CASE SCHEDULE

| Event | Date |
|---|---|
| Plaintiffs complete document productions from class representatives | January 27, 2017 |
| Plaintiffs produce privilege logs from class representatives | March 3, 2017 |
| Defendants complete production of transactional data from Japanese parent companies (and/or other foreign entities) from legacy systems regarding resistors shipped into U.S., if any | March 20, 2017 |
| Defendants complete production of documents from priority custodians | April 17, 2017 – production from 6 priority custodians |
| Status Conference (if needed) | April 27, 2017 |
| Defendants produce privilege logs from first set of priority custodians | May 17, 2017 |
| Defendants complete production of documents from additional custodians, if any | July 20, 2017 for remaining custodians, if any |
| Status Conference (if needed) | July 27, 2017 |
| Defendants product privilege logs for remaining custodians | August 21, 2017 |
| Status Conference (if needed) | September 28, 2017 |
| Status Conference (if needed) | January 4, 2018 |
| Plaintiffs serve class certification expert report | January 12, 2018[4] |
| Defendants serve class certification expert opposition report | April 12, 2018 |
| Plaintiffs serve rebuttal expert reports | June 26, 2018 |
| Close of expert discovery related to class certification | July 31, 2018 |
| Plaintiffs serve and file motion for class certification | August 24, 2018 |
| Plaintiffs file *Daubert* motions (if any) <br> Defendants file *Daubert* motions (if any) | August 24, 2018 |

---

[4] Plaintiffs' proposed briefing schedule as to *Daubert* motions is without prejudice to Plaintiffs filing *Daubert* motions to exclude Defendants' expert witnesses on class certification. Plaintiffs reserve the right to file such motions.

| Event | Date |
|---|---|
| Defendants file class certification oppositions | October 26, 2018 |
| Plaintiffs' brief in opposition to *Daubert* motions<br>Defendants' brief in opposition to *Daubert* motions | October 26, 2018 |
| Plaintiffs file class-certification replies | December 14, 2018 |
| Plaintiffs file *Daubert* class certification replies<br>Defendants file *Daubert* class certification replies | December 14, 2018 |
| Class certification hearing | [TBD by court] |
| Remaining schedule to be negotiated at a later date, targeting a trial date in Summer 2019. | Same |

As is reflected above, and as noted in the parties September 2, 2016 Joint Statement Regarding Proposed Schedule, ECF No. 210, the parties agree and continue to respectfully believe that developing an entire litigation schedule at this juncture is premature and unrealistic. The Court's order on class certification will define the scope of the class. Once that order is issued, the parties should meet and confer further to develop a subsequent litigation schedule, which will be informed by the Court's order.

The undersigned parties respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 21, 2016



Hon. James Donato
United States District Judge

DATED: November 4, 2016

**COTCHETT, PITRE & McCARTHY, LLP**

By: _/s/ Adam J. Zapala_
  Joseph W. Cotchett (36324)
  Steven N. Williams (175489)
  Adam J. Zapala (245748)
  Demetrius Lambrinos (246027)
  Joyce Chang (300780)
  840 Malcolm Road, Suite 200
  Burlingame, CA 94010
  Telephone: 650-697-6000
  Facsimile: 650-697-0577
  jcotchett@cpmlegal.com
  swilliams@cpmlegal.com
  azapala@cpmlegal.com
  dlambrinos@cpmlegal.com
  etran@cpmlegal.com
  jchang@cpmlegal.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiff Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: _/s/ Steve W. Berman_
  Jeff D. Friedman (173886)
  Shana E. Scarlett (217895)
  715 Hearst Avenue, Suite 202
  Berkeley, CA 94710
  Tel: (510) 725-3000 / Fax: (510) 725-3001
  jefff@hbsslaw.com
  shanas@hbsslaw.com

  Steve W. Berman (pro hac vice)
  HAGENS BERMAN SOBOL SHAPIRO LLP
  1918 Eighth Avenue, Suite 3300
  Seattle, WA 98101
  Tel: (206) 623-7292 / Fax: (206) 623-0594
  steve@hbsslaw.com

  Kit A. Pierson (pro hac vice)
  Daniel A. Small (pro hac vice)
  COHEN MILSTEIN SELLERS & TOLL PLLC
  1100 New York Ave. NW, Suite 500, West Tower
  Washington, DC 20005
  Tel: (202) 408-4600
  kpierson@cohenmilstein.com
  dsmall@cohenmilstein.com

*Co-Lead Counsel for Direct Purchaser Plaintiff*

**WINSTON & STRAWN LLP**

By: /s/ *Jeffrey L. Kessler*

Jeffrey L. Kessler (pro hac vice)
jkessler@winston.com
Eva W. Cole (pro hac vice)
ewcole@winston.com
Erica C. Smilevski (pro hac vice)
esmilevski@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Brandon W. Duke (pro hac vice)
bduke@winston.com
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2636
Facsimile: (713) 651-2700

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

**CROWELL & MORING LLP**

By: /s/ *Jason C. Murray*

Jason C. Murray (CSB No. 169806)
jmurray @crowell.com)
Emily T. Kuwahara (CSN No. 252411)
ekuwahara@crowell.com
Robert McNary (CSB No. 253745)
rmcnary@crowell.com
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

|   |   |
|---|---|
| 1 | |
| 2 | Daniel Zelenko (admitted *pro hac vice*)<br>dzelenko@crowell.com<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022<br>Telephone: 212.223.4000<br>Facsimile: 212.223.4134 |

Daniel Zelenko (admitted *pro hac vice*)
dzelenko@crowell.com
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: 212.223.4000
Facsimile: 212.223.4134

*Counsel for KOA Corp. and KOA Speer Electronics, Inc.*

**O'MELVENY & MYERS LLP**

By: /s/ *Michael F. Tubach*

    Michael Frederick Tubach
    Two Embarcadero Center, 28th Floor
    San Francisco, CA 94111-3305
    Telephone: (415) 984-8700
    Facsimile: (415) 984-8701
    mtubach@omm.com

    Kenneth Ryan O'Rourke
    O'MELVENY & MYERS LLP
    400 South Hope Street
    Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
    korourke@omm.com

*Counsel for Rohm Co. Ltd. and Rohm Semiconductor U.S.A., LLC*

**BARNES & THORNBURG LLP**

By: /s/ *Kendall Millard*

    Kendall Millard
    Todd Dixon
    Bradley R. Love
    11 South Meridian Street
    Indianapolis, IN 46204-3535
    Telephone: (317) 236-1313
    Facsimile: (317) 231-7433
    Kendall.Millard@Btlaw.com
    Tdixon@Btlaw.com
    Blove@Btlaw.com

*Counsel for Hokuriku Electric Industry Co. and HDK America, Inc.*

| | |
|---|---|
| 1 | |
| 2 | **LATHAM & WATKINS LLP** |
| 3 | By: /s/ _Belinda S Lee_ |
| 4 | Belinda S Lee |
| 5 | Ashley M. Bauer |
|   | 505 Montgomery Street, Suite 2000 |
| 6 | San Francisco, CA 94111-6538 |
|   | Telephone: (415) 391-0600 |
| 7 | Facsimile: (415) 395-8095 |
|   | Belinda.Lee@lw.com |
| 8 | Ashley.Bauer@lw.com |
| 9 | _Counsel for Kamaya, Inc. and Kamaya Electric Co., Ltd._ |

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.