Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Adam J. Zapala (245748)
Mark F. Ram (294050)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
mram@cpmlegal.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>**Indirect Purchaser Actions** | Case No. 5:15-cv-03820-JD<br><br>**INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR AMENDED CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO LOCAL RULES 7-11 AND 79-5**<br><br>**Honorable James Donato** |

PLEASE TAKE NOTICE that pursuant to Local Rules 7-11 and 79-5e, Indirect Purchaser Plaintiffs ("IPPs") bring this administrative motion to seek Court approval to file paragraphs 26-29, 95 (n.4), 97, 110-111, 125-127, 142, 148-152, 154-174, 176-180, 191-204, 206-208, 211, 214-215, 212-221, and 225, of their Amended Consolidated Class Action Complaint ("Amended Complaint") under seal. IPPs refer to information or documents produced by Defendants that they have designated as "Confidential," or "Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order ("Protective Order") in place in this action (*see* Dkt. No. 122).

Pursuant to Local Rule 79-5e, within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable. IPPs have identified the "Confidential" or "Highly Confidential" material that have been designated by Defendants in the accompanying Declaration of Adam J. Zapala.

Under Local Rule 79-5e, Plaintiffs hereby submit this Administrative Motion to File Under Seal portions of their Consolidated Class Action Complaint, along with the Declaration of Adam J. Zapala and a Proposed Order.

Dated: October 3, 2017                    **COTCHETT, PITRE & McCARTHY, LLP**

                                          By: _____/s/ Adam J. Zapala_____
                                                    ADAM J. ZAPALA

                                          Joseph W. Cotchett (36324)
                                          Steven N. Williams (175489)
                                          Adam J. Zapala (245748)
                                          Mark F. Ram (294050)
                                          840 Malcolm Road, Suite 200
                                          Burlingame, CA 94010
                                          Telephone: 650-697-6000
                                          Facsimile: 650-697-0577
                                          jcotchett@cpmlegal.com
                                          swilliams@cpmlegal.com
                                          azapala@cpmlegal.com
                                          mram@cpmlegal.com

                                          *Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**Administrative Motion to File Under Seal Portions of IPPs Amended Consolidated Complaint Pursuant to Local Rules 7-11 and 79-5; Case No. 5:15-cv-03820-JD**                                          1