| | |
|---|---|
| 1 | Steven N. Williams (175489) |
| 2 | Adam J. Zapala (245748) |
|   | Elizabeth Tran (280502) |
| 3 | Mark F. Ram (294050) |
|   | **COTCHETT, PITRE & McCARTHY, LLP** |
| 4 | 840 Malcolm Road, Suite 200 |
|   | Burlingame, CA 94010 |
| 5 | Tel: 650-697-6000 / Fax: 650-697-0577 |
|   | jcotchett@cpmlegal.com |
| 6 | swilliams@cpmlegal.com |
|   | azapala@cpmlegal.com |
| 7 | etran@cpmlegal.com |
|   | mram@cpmlegal.com |
| 8 | jchang@cpmlegal.com |

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE RESISTORS ANTITRUST LITIGATION** | Case No. 3:15-cv-03820-JD |
| This Documents Relates to: | **STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |
| **ALL ACTIONS** | Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

| | | |
|---|---|---|

WHEREAS, Plaintiffs in the above-captioned Direct Purchaser and Indirect Purchaser actions ("Plaintiffs") and Defendants Kamaya, Inc.; Kamaya Electric Co., Ltd.; Hokuriku Electric Industry Co., Ltd.; HDK America, Inc.; KOA Corporation; KOA Speer Electronics, Inc.; ROHM Co., Ltd.; ROHM Semiconductor U.S.A., LLC; Panasonic Corporation; and Panasonic Corporation of North America ("Defendants", together with Plaintiffs, the "Parties") have met and conferred regarding the Case Schedule (ECF No. 251);

WHEREAS, pursuant to this Court's Order re Motions to Dismiss, dated September 5, 2017 (ECF No. 326), Plaintiffs filed their amended complaints on October 3, 2017 (ECF Nos. 329, 330), and pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' responses to the amended complaints are currently due to be filed on October 17, 2017;

WHEREAS, the Parties believe that modifications to the existing Case Schedule are necessary to fully respond to the amended complaints and prepare the case for class certification despite the Parties' diligent discovery efforts;

THEREFORE, the Parties stipulate and agree through counsel that, with the permission of the Court, that the Case Schedule be modified as follows:

| Event | Current Case Schedule Date (ECF No. 251) | Proposed Modified Date |
|---|---|---|
| Defendants' motions to dismiss Plaintiffs' amended complaints[1] | New | November 3, 2017 |

---

[1] In the event that any Defendant files a motion to dismiss the amended complaints, answers for all Defendants, including non-moving Defendants, will be stayed until 45 days after a decision denying the motions to dismiss or amended complaints, if any, are filed. Defendants Kamaya, Inc., HDK America, Inc., KOA Speer Electronics, Inc., ROHM Semiconductor U.S.A., and Panasonic Corporation of North America ("The U.S. Subsidiary Defendants") may file a single, consolidated brief in support of their dismissal under Rule 12(b)(6) from the amended complaints of each of the plaintiff groups. The U.S. Subsidiary Defendants' briefs may contain up to five pages of argument per U.S. Subsidiary Defendant seeking dismissal. In response, the opposition brief of each of the plaintiff groups, respectively, may have up to five pages of argument per defendant to which they are responding. Any reply brief in support of the U.S. Subsidiary Defendants' motion to dismiss may be up to 12 pages in length, in total. Defendants may also file a single, consolidated brief addressing common reasons for seeking Defendants' dismissal under Rule 12(b)(6) from IPPs' amended complaint. That brief, and any opposition brief thereto, may be no longer than 25 pages. Defendants may file a single, consolidated reply brief in support of the motion to dismiss the IPPs' amended complaint, which may be up to 12 pages in length.

STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
No.: 3:15-cv-03820-JD                                                                                                          -1-

| | | |
|---|---|---|
| Plaintiffs' opposition to motions to dismiss Plaintiffs' amended complaints | New | December 4, 2017 |
| Defendants' reply in support of motions to dismiss Plaintiffs' amended complaints | New | December 19, 2017 |
| Status Conference (if needed) | January 4, 2018 | January 18, 2018 |
| Status Conference (if needed) | New | April 5, 2018 |
| Status Conference (if needed) | New | June 7, 2018 |
| Plaintiffs serve class certification expert report | January 12, 2018 | July 5, 2018 |
| Status Conference (if needed) | New | September 6, 2018 |
| Defendants serve class certification expert opposition report | April 12, 2018 | October 5, 2018 |
| Status Conference (if needed) | New | December 6, 2018 |
| Plaintiffs serve rebuttal expert reports | June 26, 2018 | December 21, 2018 |
| Close of expert discovery related to class certifications | July 31, 2018 | January 25, 2019 |
| Status Conference (if needed) | New | February 7, 2019 |
| Plaintiffs serve and file motion for class certification | August 24, 2018 | February 19, 2019 |
| Plaintiffs file *Daubert* motions (if any) <br> Defendants file *Daubert* motions (if any) | August 24, 2018 | February 19, 2019 |
| Defendants file class certification oppositions | October 26, 2018 | April 22, 2019 |
| Plaintiffs' brief in opposition to *Daubert* motions <br> Defendants' brief in opposition to *Daubert* motions | October 26, 2018 | April 22, 2019 |
| Status Conference (if needed) | New | May 16, 2019 |
| Plaintiffs file class-certification replies | December 14, 2018 | June 10, 2019 |
| Class certification hearing | [TBD by Court] | [TBD by Court] |
| Remaining schedule to be negotiated at a later date, targeting a trial date in late 2019 or early 2020. | | |

The undersigned parties respectfully request that the Court enter this stipulation as an order.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

                                                                       Hon. James Donato
                                                            United States District Judge

**IT IS SO STIPULATED.**

Dated: October 17, 2017                        **COTCHETT, PITRE & McCARTHY, LLP**

                                                      By:    */s/ Adam J. Zapala*
                                                             ADAM J. ZAPALA

                                                      Steven N. Williams (175489)
                                                      Adam J. Zapala (245748)
                                                      Elizabeth T. Tran (280502)
                                                      Mark F. Ram (294050)
                                                      840 Malcolm Road, Suite 200
                                                      Burlingame, CA 94010
                                                      Telephone: 650-697-6000
                                                      Facsimile: 650-697-0577

                                                      *Interim Lead Counsel for the*
                                                      *Indirect Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: October 17, 2017 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | |
| 3 | | By: _____/s/ Jeff D. Friedman_____ |
| 4 | | Jeff D. Friedman (173886)<br>Shana E. Scarlett (217895) |
| 5 | | Benjamin J. Siegel (256260)<br>715 Hearst Avenue, Suite 202 |
| 6 | | Berkeley, CA 94710<br>Telephone: (510) 725-3000 |
| 7 | | Facsimile: (510) 725-3001<br>jefff@hbsslaw.com |
| 8 | | shanas@hbsslaw.com<br>bens@hbsslaw.com |
| 9 | | Steve W. Berman (*pro hac vice*) |
| 10 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300 |
| 11 | | Seattle, WA 98101<br>Telephone: (206) 623-7292 |
| 12 | | Facsimile: (206) 623-0594<br>steve@hbsslaw.com |
| 13 | | Kit A. Pierson (*pro hac vice*) |
| 14 | | Daniel A. Small (*pro hac vice*)<br>Emmy L. Levens (*pro hac vice*) |
| 15 | | Laura Alexander (255485)<br>Robert A. Braun (*pro hac vice*) |
| 16 | | COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Suite 500, West |
| 17 | | Tower<br>Washington, DC 20005 |
| 18 | | Telephone: (202) 408-4600<br>kpierson@cohenmilstein.com |
| 19 | | dsmall@cohenmilstein.com |
| 20 | | elevens@cohenmilstein.com<br>lalexander@cohenmilstein.com |
| 21 | | rbraun@cohenmilstein.com |
| 22 | | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: October 17, 2017 | **WINSTON & STRAWN LLP** |
| 2 | | By: /s/ Jeffrey L. Kessler (w/ consent) |
| 3 | | |
| 4 | | Jeffrey L. Kessler (*pro hac vice*)<br>jkessler@winston.com |
| 5 | | Eva W. Cole (*pro hac vice*)<br>ewcole@winston.com |
| 6 | | Erica C. Smilevski (*pro hac vice*)<br>esmilevski@winston.com |
| 7 | | 200 Park Avenue<br>New York, NY 10166-4193 |
| 8 | | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 9 | | |
| 10 | | Ian L. Papendick (SBN 275648)<br>ipapendick@winston.com |
| 11 | | WINSTON & STRAWN LLP<br>101 California Street |
| 12 | | San Francisco, CA 94111<br>Telephone: (415) 591-1000 |
| 13 | | Facsimile: (415) 591-1400 |
| 14 | | |
| 15 | | Brandon W. Duke (*pro hac vice*)<br>bduke@winston.com |
| 16 | | WINSTON & STRAWN LLP<br>1111 Louisiana Street, 25th Floor |
| 17 | | Houston, TX 77002<br>Telephone: (713) 651-2636 |
| 18 | | Facsimile: (713) 651-2700 |
| 19 | | *Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America.* |
| 20 | | |

STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
No.: 3:15-cv-03820-JD                                                                                                          -5-

| | |
|---|---|
| Dated: October 17, 2017 | **CROWELL & MORING LLP** |
| | By: _/s/ Jason C. Murray (w/consent)_ |
| | Jason C. Murray (CSB No. 169806) |
| | jmurray@crowell.com |
| | Emily T. Kuwahara (CSN No. 252411) |
| | ekuwahara@crowell.com |
| | Robert McNary (CSB No. 253745) |
| | rmcnary@crowell.com |
| | 515 South Flower St., 40th Floor |
| | Los Angeles, CA 90071 |
| | Telephone: 213.622.4750 |
| | Facsimile: 213.622.2690 |
| | |
| | Daniel Zelenko (admitted *pro hac vice*) |
| | dzelenko@crowell.com |
| | 590 Madison Avenue, 20th Floor |
| | New York, NY 10022 |
| | Telephone: 212.223.4000 |
| | Facsimile: 212.223.4134 |
| | |
| | *Counsel for KOA Corp. and* |
| | *KOA Speer Electronics, Inc.* |

| | | |
|---|---|---|
| 1 | Dated: October 17, 2017 | **O'MELVENY & MYERS LLP** |
| 2 | | By: /s/ Michael F. Tubach (w/consent) |
| 3 | | Michael F. Tubach |
| 4 | | Megan L. Havstad<br>Two Embarcadero Center, 28th Floor |
| 5 | | San Francisco, CA 94111-3305<br>Telephone: (415) 984-8700 |
| 6 | | Facsimile: (415) 984-8701<br>mtubach@omm.com |
| 7 | | mhavstad@omm.com |
| 8 | | Kenneth Ryan O'Rourke |
| 9 | | O'MELVENY & MYERS LLP<br>400 South Hope Street |
| 10 | | Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000 |
| 11 | | Facsimile: (213) 430-6407<br>korourke@omm.com |
| 12 | | |
| 13 | | *Counsel for Rohm Co., Ltd. and Rohm Semiconductor U.S.A., LLC* |
| 14 | Dated: October 17, 2017 | **BARNES & THORNBURG LLP** |
| 15 | | |
| 16 | | By: /s/Kendall Millard (w/consent) |
| 17 | | Kendall Millard<br>Todd Dixon |
| 18 | | Bradley R. Love<br>11 South Meridian Street |
| 19 | | Indianapolis, IN 46204-3535<br>Telephone: (317) 236-1313 |
| 20 | | Facsimile: (317) 231-7433<br>Kendall.Millard@Btlaw.com |
| 21 | | Tdixon@Btlaw.com<br>Blove@Btlaw.com |
| 22 | | |
| 23 | | *Counsel for Hokuriku Electric Industry Co., Ltd. and HDK America, Inc.* |

Dated: October 17, 2017

**LATHAM & WATKINS LLP**

By: /s/ Ashley M. Bauer (w/ consent)

Belinda S Lee
Ashley M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Belinda.Lee@lw.com
Ashley.Bauer@lw.com

*Counsel for Kamaya Electric Co., Ltd. and Kamaya, Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 17, 2017

*/s/ Adam J. Zapala*
ADAM J. ZAPALA