Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION | Case No. 3:15-cv-03820-JD |
| This Documents Relates to:<br><br>DIRECT PURCHASER ACTIONS | JOINT STIPULATION REGARDING DIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT |

Direct Purchaser Plaintiffs ("DPPs") and KOA Corporation, KOA Speer Electronics, Inc., Panasonic Corporation, Panasonic Corporation of North America, ROHM Co., Ltd., ROHM Semiconductor U.S.A., LLC, Hokuriku Electric Industry Co., Ltd., HDK America, Inc., Kamaya Electric Co., Ltd., and Kamaya, Inc. (collectively, "Defendants") by and through undersigned counsel, stipulate and agree to the below:

WHEREAS, DPPs filed their Consolidated Amended Class Action Complaint against Defendants on May 27, 2016 (the "Consolidated Complaint"). *See* ECF Nos. 124, 140.

WHEREAS, the Court in its Order re Motion to Dismiss regarding the Consolidated Complaint held that DPPs could file an amended complaint related to "fixing the deficiencies identified by the Court above for DPPs' allegations against the U.S. subsidiary defendants."[1]

WHEREAS, DPPs, in addition to amending their allegations against the U.S. subsidiary defendants, have proposed certain other amendments to their Consolidated Complaint as encompassed in their proposed Second Consolidated Amended Class Action Complaint ("Second Consolidated Complaint") and filed a Motion for Leave to File a Second Consolidated Amended Class Action Complaint ("Motion"), attaching the Second Consolidated Complaint, on October 3, 2017. *See* ECF No. 330.

WHEREAS, Defendants have reviewed the Motion and DPPs' proposed Second Consolidated Complaint, and Defendants do not oppose such amendment;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for DPPs and Defendants as follows:

1. Defendants consent to DPPs' filing of their Second Consolidated Complaint pursuant to Federal Rule of Civil Procedure. 15(a)(2), and Defendants' time to move to dismiss or otherwise respond to the Second Consolidated Complaint is set forth in the Stipulation and [Proposed] Order re Case Schedule (ECF No. 336);

---

[1] *See* Order re Motions to Dismiss at 9, Sept. 5, 2017, ECF No. 326.

2. This stipulation does not waive any arguments concerning the impact, or lack thereof, of the filing of DPPs' Second Consolidated Complaint on any agreements DPPs and Defendants have made during the course of discovery to date; and

3. This Stipulation does not constitute a waiver by Defendants of any defenses to DPPs' claims.

IT IS SO STIPULATED.

DATED: October 26, 2017

| HAGENS BERMAN SOBOL SHAPIRO LLP | COHEN MILSTEIN SELLERS & TOLL PLLC |
|---|---|
| By  s/ Jeff D. Friedman  <br> JEFF D. FRIEDMAN | By  s/ Kit A. Pierson  <br> KIT A. PIERSON |
| Shana E. Scarlett (217895) <br> Benjamin J. Siegel (256260) <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> jefff@hbsslaw.com <br> shanas@hbsslaw.com <br> bens@hbsslaw.com <br><br> Steve W. Berman (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br><br> *Co-Lead Counsel for Direct Purchaser Plaintiffs* | Kit A. Pierson (*pro hac vice*) <br> Daniel A. Small (*pro hac vice*) <br> Emmy L. Levens (*pro hac vice*) <br> Robert A. Braun (*pro hac vice*) <br> Laura Alexander (255485) <br> COHEN MILSTEIN SELLERS & TOLL PLLC <br> 1100 New York Ave. NW <br> Suite 500, West Tower <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> kpierson@cohenmilstein.com <br> dsmall@cohenmilstein.com <br> elevens@cohenmilstein.com <br> lalexander@cohenmilstein.com <br> rbraun@cohenmilstein.com <br><br> *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| CROWELL & MORING LLP | WINSTON & STRAWN LLP |
| By  s/ Jason C. Murray  <br> JASON C. MURRAY | By  s/ Ian L. Papendick  <br> IAN L. PAPENDICK |
| Robert McNary <br> Emily Tomoko Kuwahara | 101 California Street <br> San Francisco, CA 94111 |

JOINT STIP. RE SECOND AMENDED COMPLAINT
Case No.: 15-cv-03820-JD

-2-

Jordan Lee Ludwig
515 South Flower Street , 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
jmurray@crowell.com
rmcnary@crowell.com
ekuwahara@crowell.com
jludwig@crowell.com

Katie Michelle Yablonka
CROWELL & MORING LLP
275 Battery St., 23rd Floor
San Francisco, CA 94111
Telephone: (415) 365-7250
kyablonka@crowell.com

Daniel L. Zelenko
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
dzelenko@crowell.com

*Counsel for KOA Corp. and KOA Speer Electronics, Inc.*

Telephone: (415) 591-6905
Facsimile: (415) 591-1400
ipapendick@winston.com

Jeffrey L. Kessler
Eva W. Cole
Erica C. Smilevski
Lauren E. Duxstad
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
ewcole@winston.com
esmilevski@winston.com
lduxstad@winston.com

Brandon W Duke
WINSTON & STRAWN LLP
1111 Louisiana Street
25th Floor
Houston, TX 77002
Telephone: (713) 651-2636
bduke@winston.com

*Counsel for Panasonic Corporation and Panasonic Corporation of North America*

O'MELVENY & MYERS LLP

By    s/ Michael F. Tubach
    MICHAEL F. TUBACH

Megan L. Havstad
Two Embarcadero Center , 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
mtubach@omm.com
mhavstad@omm.com

Kenneth Ryan O'Rourke
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BARNES & THORNBURG LLP

By    s/ Kendall Millard
    KENDALL MILLARD

Alicia Marcia Raines
Todd A. Dixon
Bradley R. Love
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Alicia.Raines@btlaw.com
kendall.millard@btlaw.com
tdixon@btlaw.com
blove@btlaw.com

Roya Rahmanpour
BARNES & THORNBURG LLP

JOINT STIP. RE SECOND AMENDED COMPLAINT
Case No.: 15-cv-03820-JD

-3-

| | |
|---|---|
| korourke@omm.com | 2029 Century Park East, Suite 300 |
| | Los Angeles, CA 90067 |
| *Counsel for Rohm Co., Ltd. and Rohm Semiconductor U.S.A., LLC* | Telephone: (310) 284-3892 |
| | Facsimile: (310) 284-3894 |
| | roya.rahmanpour@btlaw.com |

LATHAM & WATKINS LLP

*Counsel for Hokuriku Electric Industry Co., Ltd. and HDK America, Inc.*

By    s/ Belinda S Lee
        BELINDA S LEE

Ashley M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8138
belinda.lee@lw.com
ashley.bauer@lw.com
cameron.clark@lw.com
*Counsel for Kamaya, Inc. and Kamaya Electric Co., Ltd.*

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Jeff D. Friedman, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that each of the signing attorneys concurred in the filing of this document.

                                                                                              s/ Jeff D. Friedman
                                                                                               JEFF D. FRIEDMAN