Steven N. Williams (175489)
Adam J. Zapala (245748)
Elizabeth Tran (280502)
Mark F. Ram (294050)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: 650-697-6000 / Fax: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com
mram@cpmlegal.com
jchang@cpmlegal.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE RESISTORS ANTITRUST LITIGATION** | Case No. 3:15-cv-03820-JD |
| This Documents Relates to:<br>**ALL ACTIONS** | **STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |

WHEREAS, Plaintiffs in the above-captioned Direct Purchaser and Indirect Purchaser actions ("Plaintiffs") and Defendants Kamaya, Inc.; Kamaya Electric Co., Ltd.; Hokuriku Electric Industry Co., Ltd.; HDK America, Inc.; KOA Corporation; KOA Speer Electronics, Inc.; ROHM Co., Ltd.; ROHM Semiconductor U.S.A., LLC; Panasonic Corporation; and Panasonic Corporation of North America ("Defendants", together with Plaintiffs, the "Parties") have met and conferred regarding the Case Schedule (ECF No. 251);

WHEREAS, pursuant to this Court's Order re Motions to Dismiss, dated September 5, 2017 (ECF No. 326), Plaintiffs filed their amended complaints on October 3, 2017 (ECF Nos. 329, 330), and pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' responses to the amended complaints are currently due to be filed on October 17, 2017;

WHEREAS, the Parties believe that modifications to the existing Case Schedule are necessary to fully respond to the amended complaints and prepare the case for class certification despite the Parties' diligent discovery efforts;

THEREFORE, the Parties stipulate and agree through counsel that, with the permission of the Court, that the Case Schedule be modified as follows:

| Event | Current Case Schedule Date (ECF No. 251) | Proposed Modified Date |
|---|---|---|
| Defendants' motions to dismiss Plaintiffs' amended complaints[1] | New | November 3, 2017 |

---

[1] In the event that any Defendant files a motion to dismiss the amended complaints, answers for all Defendants, including non-moving Defendants, will be stayed until 45 days after a decision denying the motions to dismiss or amended complaints, if any, are filed. Defendants Kamaya, Inc., HDK America, Inc., KOA Speer Electronics, Inc., ROHM Semiconductor U.S.A., and Panasonic Corporation of North America ("The U.S. Subsidiary Defendants") may file a single, consolidated brief in support of their dismissal under Rule 12(b)(6) from the amended complaints of each of the plaintiff groups. The U.S. Subsidiary Defendants' briefs may contain up to five pages of argument per U.S. Subsidiary Defendant seeking dismissal. In response, the opposition brief of each of the plaintiff groups, respectively, may have up to five pages of argument per defendant to which they are responding. Any reply brief in support of the U.S. Subsidiary Defendants' motion to dismiss may be up to 12 pages in length, in total. Defendants may also file a single, consolidated brief addressing common reasons for seeking Defendants' dismissal under Rule 12(b)(6) from IPPs' amended complaint. That brief, and any opposition brief thereto, may be no longer than 25 pages. Defendants may file a single, consolidated reply brief in support of the motion to dismiss the IPPs' amended complaint, which may be up to 12 pages in length.

| Event | Current Case Schedule Date (ECF No. 251) | Proposed Modified Date |
|---|---|---|
| Plaintiffs' opposition to motions to dismiss Plaintiffs' amended complaints | New | December 4, 2017 |
| Defendants' reply in support of motions to dismiss Plaintiffs' amended complaints | New | December 19, 2017 |
| Status Conference (if needed) | January 4, 2018 | January 18, 2018 |
| Status Conference (if needed) | New | April 5, 2018 |
| Status Conference (if needed) | New | June 7, 2018 |
| Plaintiffs serve class certification expert report | January 12, 2018 | July 5, 2018 |
| Status Conference (if needed) | New | September 6, 2018 |
| Defendants serve class certification expert opposition report | April 12, 2018 | October 5, 2018 |
| Status Conference (if needed) | New | December 6, 2018 |
| Plaintiffs serve rebuttal expert reports | June 26, 2018 | December 21, 2018 |
| Close of expert discovery related to class certifications | July 31, 2018 | January 25, 2019 |
| Status Conference (if needed) | New | February 7, 2019 |
| Plaintiffs serve and file motion for class certification | August 24, 2018 | February 19, 2019 |
| Plaintiffs file *Daubert* motions (if any)<br>Defendants file *Daubert* motions (if any) | August 24, 2018 | February 19, 2019 |
| Defendants file class certification oppositions | October 26, 2018 | April 22, 2019 |
| Plaintiffs' brief in opposition to *Daubert* motions<br>Defendants' brief in opposition to *Daubert* motions | October 26, 2018 | April 22, 2019 |
| Status Conference (if needed) | New | May 16, 2019 |
| Plaintiffs file class-certification replies | December 14, 2018 | June 10, 2019 |
| Class certification hearing | [TBD by Court] | [TBD by Court] |
| Remaining schedule to be negotiated at a later date, targeting a trial date in late 2019 or early 2020. | | |

The undersigned parties respectfully request that the Court enter this stipulation as an order.

STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
No.: 3:15-cv-03820-JD                                                                                                      -2-

1 **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**
2 **ORDERED.**

4 Dated: November 14, 2017

_____
Hon. James Donato
United States District Judge

7 **IT IS SO STIPULATED.**

8 Dated: October 17, 2017      **COTCHETT, PITRE & McCARTHY, LLP**

By: ___*/s/ Adam J. Zapala*___
     ADAM J. ZAPALA

Steven N. Williams (175489)
Adam J. Zapala (245748)
Elizabeth T. Tran (280502)
Mark F. Ram (294050)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: October 17, 2017 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | |
| 3 | | By:      */s/ Jeff D. Friedman*_____ |
| 4 | | Jeff D. Friedman (173886)<br>Shana E. Scarlett (217895) |
| 5 | | Benjamin J. Siegel (256260)<br>715 Hearst Avenue, Suite 202 |
| 6 | | Berkeley, CA 94710<br>Telephone: (510) 725-3000 |
| 7 | | Facsimile: (510) 725-3001<br>jefff@hbsslaw.com |
| 8 | | shanas@hbsslaw.com<br>bens@hbsslaw.com |
| 9 | | Steve W. Berman (*pro hac vice*) |
| 10 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300 |
| 11 | | Seattle, WA 98101<br>Telephone: (206) 623-7292 |
| 12 | | Facsimile: (206) 623-0594<br>steve@hbsslaw.com |
| 13 | | Kit A. Pierson (*pro hac vice*) |
| 14 | | Daniel A. Small (*pro hac vice*)<br>Emmy L. Levens (*pro hac vice*) |
| 15 | | Laura Alexander (255485)<br>Robert A. Braun (*pro hac vice*) |
| 16 | | COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Suite 500, West |
| 17 | | Tower<br>Washington, DC 20005 |
| 18 | | Telephone: (202) 408-4600<br>kpierson@cohenmilstein.com |
| 19 | | dsmall@cohenmilstein.com<br>elevens@cohenmilstein.com |
| 20 | | lalexander@cohenmilstein.com<br>rbraun@cohenmilstein.com |
| 21 | | |
| 22 | | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| 23 | Dated: October 17, 2017 | **WINSTON & STRAWN LLP** |
| 24 | | |
| 25 | | By: /s/ Jeffrey L. Kessler (w/ consent) |
| 26 | | Jeffrey L. Kessler (*pro hac vice*)<br>jkessler@winston.com |
| 27 | | Eva W. Cole (*pro hac vice*)<br>ewcole@winston.com |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
No.: 3:15-cv-03820-JD                                                                                                          -4-

Erica C. Smilevski (*pro hac vice*)
esmilevski@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Brandon W. Duke (*pro hac vice*)
bduke@winston.com
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone:  (713) 651-2636
Facsimile:  (713) 651-2700

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America.*

1  Dated: October 17, 2017                **CROWELL & MORING LLP**

2                                          By:  /s/ Jason C. Murray (w/consent)

3                                          Jason C. Murray (CSB No. 169806)
                                           jmurray @crowell.com)
4                                          Emily T. Kuwahara (CSN No. 252411)
                                           ekuwahara@crowell.com
5                                          Robert McNary (CSB No. 253745)
                                           rmcnary@crowell.com
6                                          515 South Flower St., 40th Floor
                                           Los Angeles, CA 90071
7                                          Telephone:  213.622.4750
                                           Facsimile:  213.622.2690
8

9                                          Daniel Zelenko (admitted *pro hac vice*)
                                           dzelenko@crowell.com
10                                         590 Madison Avenue, 20th Floor
                                           New York, NY 10022
11                                         Telephone: 212.223.4000
                                           Facsimile:  212.223.4134
12

13
                                           *Counsel for KOA Corp. and*
14                                         *KOA Speer Electronics, Inc.*

15 Dated: October 17, 2017                **O'MELVENY & MYERS LLP**

16                                         By:  /s/ Michael F. Tubach (w/consent)

17                                         Michael F. Tubach
                                           Megan L. Havstad
18                                         Two Embarcadero Center, 28th Floor
                                           San Francisco, CA 94111-3305
19                                         Telephone:  (415) 984-8700
                                           Facsimile:  (415) 984-8701
20                                         mtubach@omm.com
                                           mhavstad@omm.com
21

22                                         Kenneth Ryan O'Rourke
                                           O'MELVENY & MYERS LLP
23                                         400 South Hope Street
                                           Los Angeles, CA 90071-2899
24                                         Telephone:  (213) 430-6000
                                           Facsimile:  (213) 430-6407
25                                         korourke@omm.com

26
                                           *Counsel for Rohm Co., Ltd. and Rohm*
27                                             *Semiconductor U.S.A., LLC*

28

STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
No.: 3:15-cv-03820-JD                                                      -6-

| | |
|---|---|
| Dated: October 17, 2017 | **BARNES & THORNBURG LLP** |
| | By:  /s/Kendall Millard (w/consent) |
| | Kendall Millard |
| | Todd Dixon |
| | Bradley R. Love |
| | 11 South Meridian Street |
| | Indianapolis, IN 46204-3535 |
| | Telephone:  (317) 236-1313 |
| | Facsimile:  (317) 231-7433 |
| | Kendall.Millard@Btlaw.com |
| | Tdixon@Btlaw.com |
| | Blove@Btlaw.com |
| | |
| | *Counsel for Hokuriku Electric Industry Co., Ltd. and HDK America, Inc.* |
| Dated: October 17, 2017 | **LATHAM & WATKINS LLP** |
| | By:  /s/ Ashley M. Bauer (w/ consent) |
| | Belinda S Lee |
| | Ashley M. Bauer |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-6538 |
| | Telephone:  (415) 391-0600 |
| | Facsimile:  (415) 395-8095 |
| | Belinda.Lee@lw.com |
| | Ashley.Bauer@lw.com |
| | |
| | *Counsel for Kamaya Electric Co., Ltd. and Kamaya, Inc.* |

**ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: October 17, 2017 | */s/ Adam J. Zapala*<br>ADAM J. ZAPALA |