LATHAM & WATKINS LLP
  Belinda S Lee (CA Bar No. 199635)
  *belinda.lee@lw.com*
  Ashley M. Bauer (CA Bar No. 231626)
  *ashley.bauer@lw.com*
  Cameron J. Clark (CA Bar No. 313039)
  *cameron.clark@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

*Attorneys for Defendant*
*Walsin Technology Corporation U.S.A.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE RESISTORS ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br> ALL DIRECT PURCHASER ACTIONS | Case No. 3:15-cv-03820-JD <br><br> **DEFENDANT WALSIN TECHNOLOGY CORPORATION U.S.A.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WALSIN TECHNOLOGY CORP. U.S.A.'S
FRCP 7.1 DISCLOSURE STATEMENT
CASE NO. 3:15-cv-03820-JD

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Walsin Technology Corporation U.S.A. ("Walsin USA") hereby discloses and certifies as follows: Walsin USA's parent corporation is Gallatown Developments Ltd., which, in turn, is owned in part by Walsin Technology Corporation.

Dated: December 26, 2017

LATHAM & WATKINS LLP

By:  /s/     Ashley M. Bauer
Ashley M. Bauer

Belinda S Lee
Ashley M. Bauer
Cameron J. Clark
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
belinda.lee@lw.com
ashley.bauer@lw.com
cameron.calrk@lw.com

*Attorneys for Defendant*
*Walsin Technology Corporation U.S.A.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

WALSIN TECHNOLOGY CORP. U.S.A.'S
FRCP 7.1 DISCLOSURE STATMENT
CASE NO. 3:15-cv-03820-JD