Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Kit A. Pierson (*pro hac vice pending*)
Daniel A. Small (*pro hac vice pending*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>ALL ACTIONS | Case No. 3:15-cv-03820-JD<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: January 18, 2018<br>Time: 3:00 p.m.<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

Plaintiffs in the above-captioned Direct Purchaser and Indirect Purchaser actions ("Plaintiffs") and Defendants Kamaya, Inc.; Kamaya Electric Co., Ltd.; Walsin Technology Corporation; Walsin Technology Corporation USA; Hokuriku Electric Industry Co., Ltd.; HDK America, Inc.; KOA Corporation; KOA Speer Electronics, Inc.; ROHM Co., Ltd.; ROHM Semiconductor U.S.A., LLC; Panasonic Corporation; and Panasonic Corporation of North America ("Defendants") respectfully submit this Joint Statement in advance of the Case Management Conference scheduled for January 18, 2018.

## I. DEVELOPMENTS SINCE THE PARTIES' LAST STATUS CONFERENCE

### a. Defendants' Motions to Dismiss

On September 5, 2017, the Court denied Defendants' joint motion to dismiss Direct Purchaser Plaintiffs' ("DPPs") complaint, granted the U.S. Subsidiary Defendants' motion to dismiss DPPs' complaint, granted the Defendants' joint motion to dismiss Indirect Purchaser Plaintiffs' ("IPPs") complaint, and indicated that it most likely would have granted the U.S. Subsidiary Defendants' motion to dismiss IPPs' complaint, had it not already dismissed the IPPs' complaint in its entirety. ECF No. 326. The Court permitted DPPs and IPPs each leave to file an amended complaint by October 3, 2017. *Id.* By that deadline, DPPs filed their Second Consolidated Amended Class Action Complaint, ECF Nos. 330-5, 330-6,[1] and IPPs filed their Amended Consolidated Class Action Complaint, ECF Nos. 328, 329.

On November 3, 2017, Defendants filed partial motions to dismiss the following claims in the Plaintiffs' amended complaints: (i) DPPs' claims against the U.S. Subsidiary Defendants, ECF No. 345; (ii) IPPs' claims against the U.S. Subsidiary Defendants, ECF No. 346; and (iii) IPPs' claims under Florida state law for lack of standing, ECF No. 344. On December 4, 2017, Plaintiffs filed

---

[1] In addition to addressing the issues raised in this Court's September 5, 2017 Order regarding the U.S. Subsidiary Defendants, DPPs' sought leave to plead claims in the Second Consolidated Amended Class Action Complaint against Walsin Technology Corporation and Walsin Technology Corporation U.S.A., and make several other minor changes to their prior complaint. Defendants stipulated to these amendments, ECF No. 340, and, as discussed below, Walsin Technology Corporation U.S.A. has filed a motion to dismiss the claims against it, ECF No. 366.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD
-1-

their oppositions to Defendants' motions to dismiss, ECF Nos. 350, 351, 352 and on December 19, 2017, Defendants filed their replies in support of their motions to dismiss, ECF Nos. 357–59.

Defendants' partial motions to dismiss are now fully briefed and have been noticed for argument at the January 18, 2018 status conference.

### b. Discovery Status and Case Schedule

At the most recent prior status conference on July 27, 2017, the Court stayed the litigation for 60 days until September 27, 2017, with the exception of "outstanding written discovery that is already underway." ECF No. 315. The Court further ordered that, "[o]n the transactional data that has been produced by defendants, plaintiffs are permitted to ask high-level questions about the status of any follow-up data or other forthcoming productions, etc., but while the case is stayed, plaintiffs may not ask granular questions that go to the interpretation of the data that has been produced." *Id*.

Shortly following the July 27, 2017 conference, the Court granted Plaintiffs' discovery letter brief seeking an order compelling the KOA Defendants to produce "worldwide transactional data," defined as "KOA Corporation's (KOA's Japanese parent company) and KOA's foreign sales subsidiaries' transactional data for sales of resistors to customers around the world." ECF Nos. 309, 316. Specifically, the Court ordered in relevant part:

> Order granting 309 Discovery Letter Brief entered by Hon. James Donato. After reviewing the parties' letter briefs, the Court overrules the KOA defendants' relevance objection. The requested transactional data cannot be said to be wholly irrelevant to this antitrust action. The burden objection is also overruled. The scope of work outlined by defendants is well within acceptable parameters for antitrust discovery. The production is not stayed by the Court's discussion at the last status conference because the transaction data was subject to production under the prior substantial completion deadline.

ECF No. 316.

On November 14, 2017, the Court entered the parties' stipulated case schedule. That schedule reflects a class certification expert report deadline of July 5, 2018, as well as other deadlines. ECF No. 347.

Subsequent to the prior status conference, and particularly since the partial stay was lifted on September 27, 2017, the parties have been meeting and conferring regarding the production of any

outstanding relevant and responsive documents and transactional data. The parties are currently hopeful that continued negotiations will obviate the need for judicial intervention but, if necessary, will raise any outstanding issues with the Court at the appropriate time.

### c. **Non-Party Discovery Requests**

Last year, IPPs served Rule 45 subpoenas on more than two dozen non-party resistors distributors for data and documents, which are necessary for IPPs in calculating and modelling the alleged amount of Defendants' anticompetitive overcharge that was passed through the distribution chain. Defendants subsequently subpoenaed the same non-parties seeking similar information. IPPs and Defendants are actively meeting and conferring with these non-parties concerning the scope of the subpoenas and their data productions. Despite these ongoing efforts, to date, only two distributors have made productions in response to IPPs' and Defendants' subpoenas.

### d. **DPPs' Claims Against the Walsin Defendants**

As explained above, in DPPs' Second Consolidated Amended Class Action Complaint, filed on October 3, 2017, DPPs named Walsin Technology Corporation and Walsin Technology Corporation U.S.A. (together, "Walsin Defendants") as Defendants. Following DPPs' service of their Second Consolidated Amended Class Action Complaint, and Walsin Defendants' return of their waivers of service, DPPs held Rule 26(f) conferences with Walsin Technology Corporation and Walsin Technology Corporation U.S.A. on December 4, 2017 and December 27, 2017, respectively. DPPs and the Walsin Defendants subsequently submitted joint discovery plans on December 18, 2017 and January 10, 2018. ECF Nos. 356, 374.

As reflected in those joint discovery plans, DPPs and Walsin Defendants have taken differing positions on the discovery schedule and in particular, appropriate discovery deadlines. The parties' differences—which are discussed in detail in the joint discovery plans—are ripe for resolution at the January 18, 2018 status conference.

Additionally, Walsin Technology Corporation U.S.A. filed a motion to dismiss on December 26, 2017. ECF No. 366. DPPs' response is due on January 16, 2018, and Walsin Technology Corporation U.S.A.'s reply will be due on January 29, 2018. ECF No. 370. Accordingly, the

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

-3-

briefing on Walsin Technology Corporation U.S.A.'s motion to dismiss <u>will not</u> be complete by the January 18, 2018 status conference.

DATED: January 11, 2018                    Respectfully submitted,

By: /s/ Kit A. Pierson

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
Emmy L. Levens (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Laura Alexander (255485)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
elevens@cohenmilstein.com
lalexander@cohenmilstein.com
rbraun@cohenmilstein.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
Benjamin Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

By: /s/ Adam Zapala

Adam J. Zapala (245748)
Elizabeth Tran (280502)
Mark F. Ram (294050)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
azapala@cpmlegal.com
etran@cpmlegal.com
mram@cpmlegal.com

*Lead Counsel for the Indirect Purchaser Plaintiff Class*


By: /s/ Jeffrey L. Kessler

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Erica C. Smilevski (*pro hac vice*)
esmilevski@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Brandon W. Duke (*pro hac vice*)
bduke@winston.com
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone:  (713) 651-2636
Facsimile:  (713) 651-2700

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America.*

By: /s/ Kendall Millard

Kendall Millard
Todd Dixon
Bradley R. Love
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

-5-

Kendall.Millard@Btlaw.com
Tdixon@Btlaw.com
Blove@Btlaw.com

*Counsel for Hokuriku Electric Industry Co. and HDK America, Inc.*

By: /s/ Belinda S Lee

Belinda S Lee
Ashley M. Bauer
Cameron J. Clark
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8138
Belinda.Lee@lw.com
Ashley.Bauer@lw.com
Cameron.Clark@lw.com

*Counsel for Kamaya, Inc., Kamaya Electric Co., Ltd., Walsin Technology Corporation, and Walsin Technology Corporation U.S.A.*

By: /s/ Jason C. Murray

Jason C. Murray
Emily T. Kuwahara
Robert McNary
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690
jmurray @crowell.com
ekuwahara@crowell.com
rmcnary@crowell.com

Daniel Zelenko
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: 212.223.4000
Facsimile: 212.223.4134
dzelenko@crowell.com

*Counsel for KOA Corp. and KOA Speer Electronics, Inc.*

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

By: */s/ Michael Frederick Tubach*

Michael Frederick Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
mtubach@omm.com

Kenneth Ryan O'Rourke
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
korourke@omm.com

*Counsel for Rohm Co. Ltd. and Rohm Semiconductor U.S.A., LLC*

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

-7-