1  LATHAM & WATKINS LLP
      Belinda S Lee (CA Bar No. 199635)
2        *belinda.lee@lw.com*
      Ashley M. Bauer (CA Bar No. 231626)
3        *ashley.bauer@lw.com*
      Cameron J. Clark (CA Bar No. 313039)
4        *cameron.clark@lw.com*
   505 Montgomery Street, Suite 2000
5  San Francisco, California  94111-6538
   Telephone:  +1.415.391.0600
6  Facsimile:  +1.415.395.8095

7  *Attorneys for Defendants*
   *Walsin Technology Corporation and*
8  *Walsin Technology Corporation U.S.A.*

9  [Additional Counsel Listed on Signature Page]

10

11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15  | IN RE RESISTORS ANTITRUST LITIGATION | Case No. 3:15-cv-03820-JD |
    |---|---|
    | This Documents Relates to: <br><br> DIRECT PURCHASER ACTIONS | REVISED JOINT DISCOVERY PLAN PURSUANT TO RULE 26(f) |

Direct Purchaser Plaintiffs ("DPPs") and Walsin Technology Corporation ("WTC") and Walsin Technology Corporation ("Walsin USA") respectfully submit this Revised Joint Discovery Plan pursuant to Rule 26(f)(2)-(3) of the Federal Rules of Civil Procedure. For the purposes of this Joint Discovery Plan Pursuant to Rule 26(f), WTC and Walsin USA are referred to collectively as the "Walsin Defendants" or "Walsin."

## I.   DISCOVERY PLAN

### A.   Schedule

#### 1.   Agreed Schedule

DPPs and Walsin Defendants have agreed to the following dates:

| Event | Date |
| --- | --- |
| Initial disclosures with Walsin USA exchanged | December 26, 2017 (completed) |
| Initial disclosures with WTC exchanged | January 12, 2018 (completed) |
| Walsin USA produces organizational charts, if any | January 12, 2018 (completed) |
| Walsin USA's Responses to DPPs' First Set of Requests for Production of Documents to Walsin Defendants, *and* Walsin USA's Responses to DPPs' First Set of Interrogatories to Walsin Defendants | January 16, 2018 (completed) |
| WTC's Responses to DPPs' First Set of Requests for Production of Documents to Walsin Defendants, *and* WTC's Responses to DPPs' First Set of Interrogatories to Walsin Defendants | January 26, 2018 |
| WTC produces organizational charts, if any | January 26, 2018 |
| DPPs propose Walsin Defendants' document production custodians | February 1, 2018 by 4:00 PM PST |
| Walsin Defendants respond to DPPs' custodian proposal | February 5, 2018 |
| Parties complete Walsin Defendants custodian negotiations | February 9, 2018 |
| Parties submit any disputes regarding document custodians to the Court | February 13, 2018 |

| Event | Date |
|---|---|
| Walsin Defendants complete production of transactional data | February 16, 2018 |
| Walsin Defendants complete productions from "centralized" files | February 22, 2018 |
| Walsin Defendants begin rolling productions from custodians | February 26, 2018 (for Walsin USA) <br> March 12, 2018 (for WTC) |
| Parties complete negotiations regarding search terms | March 1, 2018 |
| Parties submit any disputes regarding search terms to the Court | March 7, 2018 |
| Walsin Defendants complete production for 2 priority document custodians. This is without prejudice to the Walsin Defendants right to argue that there should be fewer than two custodians, in total. | March 30, 2018 |
| Walsin Defendants complete rolling productions from custodians | March 23, 2018 (for Walsin USA) <br> April 20, 2018 (for WTC) |
| Walsin Defendants produce privilege logs from custodians | April 6, 2018 (for Walsin USA) <br> April 27, 2018 (for WTC) |

B.  **Discovery Limitations**

DPPs and Walsin Defendants agree that the following stipulated discovery orders shall apply to Walsin Defendants:

1. Stipulated Protective Order (ECF Nos. 121, 122);

2. Stipulated Order Concerning Expert Discovery (ECF Nos. 213, 215);

3. Order re Stipulation Regarding Production of Electronically Stored Information and Hard Copy Documents (ECF Nos. 249, 252); and

4. Stipulation and Order re: Discovery Limits Pursuant to Fed. R. Civ. P. 26(f) (the "Discovery Limits Stipulation") (ECF Nos. 307, 308), as modified to include the Walsin Defendants in the definition of "Kamaya defendant family" for purposes of

1  this Discovery Limits Stipulation only.  As a point of clarity, DPPs may serve the
2  same 35 non-duplicative interrogatories on the Walsin Defendants that they serve on
3  the Kamaya Defendants, and the Walsin Defendants and Kamaya Defendants will
4  answer those interrogatories independently.  Additionally, DPPs do not need to serve
5  the same interrogatories on the Walsin Defendants and the Kamaya Defendants at the
6  same time.  DPPs reserve the right to ask the Court for additional interrogatories,
7  depositions, or deposition time should further discovery show that it is necessary.
8  DPPs and Walsin Defendants will present a stipulated order to the Court so that the Walsin
9  Defendants are included in these orders as soon as possible.

10  DATED: January 25, 2018                        LATHAM & WATKINS LLP

12                                                By /s/ Ashley M. Bauer
                                                     ASHLEY M. BAUER

13                                                Belinda S Lee
14                                                Ashley M. Bauer
                                                  Cameron J. Clark
15                                                505 Montgomery Street, Suite 2000
                                                  San Francisco, CA 94111-6538
16                                                Telephone: (415) 395-8138
                                                  belinda.lee@lw.com
17                                                ashley.bauer@lw.com
                                                  cameron.clark@lw.com
18
19                                                *Counsel for Walsin Technology Corporation
                                                  and Walsin Technology Corporation U.S.A.*
20

21  DATED: January 25, 2018                        HAGENS BERMAN SOBOL SHAPIRO LLP

22
                                                  By /s/ Jeff D. Friedman
23                                                   JEFF D. FRIEDMAN

24                                                Jeff D. Friedman (173886)
                                                  Shana E. Scarlett (217895)
25                                                Benjamin J. Siegel (256260)
                                                  715 Hearst Avenue, Suite 202
26                                                Berkeley, CA 94710
                                                  Telephone: (510) 725-3000
27                                                Facsimile:  (510) 725-3001
                                                  jefff@hbsslaw.com
28                                                shanas@hbsslaw.com

bens@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
Emmy L. Levens (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Laura Alexander (255485)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
elevens@cohenmilstein.com
lalexander@cohenmilstein.com
rbraun@cohenmilstein.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

## **ATTESTATION**

Pursuant to N.D. Cal. L.R. 5-1(i)(3), the filer attests that concurrence in filing of this document has been obtained from the above signatories.

DATED: January 25, 2018           LATHAM & WATKINS LLP

By /s/ Ashley M. Bauer
    ASHLEY M. BAUER