# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 5, 2018   Judge: Hon. James Donato

Time: 26 Minutes

Case No.    **C-15-03820-JD In re Resistors Antitrust Litigation**

Attorney(s) for Plaintiff(s):   Benjamin J. Siegel/Adam J. Zapala
Attorney(s) for Defendant(s):  Michael Tubach/Bradley R. Love/Belinda S. Lee/Katherine M. Larkin-Wong/Ian L. Papendick/Jason Murray

Deputy Clerk: Lisa Clark

Court Reporter: Debbie Pas

## PROCEEDINGS

Motion to Dismiss - Held
Status Conference - Held

## NOTES AND ORDERS

The Court hears argument on the Walsin defendants' motions to dismiss the DPPs' second consolidated amended complaint (Dkt. Nos. 366, 395), and denies them from the bench for the reasons stated on the record. There will be no further written order.

For the case schedule extension request raised by IPPs in the joint status conference statement, the Court directs all parties to meet and confer on a proposed schedule. The Court advises the parties of its preference for a single extension of all dates in the range of 90 days, rather than multiple extension requests in smaller increments.