Joseph W. Cotchett (State Bar No. 36324)
Adam J. Zapala (State Bar No. 245748)
Elizabeth T. Castillo (State Bar No. 280502)
Mark F. Ram (State Bar No. 294050)
Tamarah P. Prevost (State Bar No. 313422)
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
mram@cpmlegal.com
tprevost@cpmlegal.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>ALL ACTIONS | Case No. 3:15-cv-03820-JD<br><br>**[PROPOSED] CASE SCHEDULING ORDER** |

Plaintiffs in the above-captioned Direct Purchaser and Indirect Purchaser actions ("Plaintiffs") and Defendants Kamaya, Inc.; Kamaya Electric Co., Ltd.; Walsin Technology Corporation; Walsin Technology Corporation USA; Hokuriku Electric Industry Co., Ltd.; HDK America, Inc.; KOA Corporation; KOA Speer Electronics, Inc.; ROHM Co., Ltd.; ROHM Semiconductor U.S.A., LLC; Panasonic Corporation; and Panasonic Corporation of North America ("Defendants") have met and conferred pursuant to the Court's orders to submit a revised proposed scheduling order, ECF Nos. 434, 442, and hereby stipulate and agree to a schedule for this action as follows:

| **Event** | **Operative Schedule** | **Agreed Proposed Deadlines** |
|---|---|---|
| Status Conference (if needed) | 9/6/2018 | 9/6/2018 |
| Plaintiffs serve class certification expert reports | 7/5/2018 | 10/17/2018 |
| Status Conference (if needed) | n/a | 12/6/2018 |
| Defendants serve class certification expert opposition reports | 10/5/2018 | 1/21/2019 |
| Status Conference (if needed) | 12/6/2018 | 3/7/2019 |
| Plaintiffs serve rebuttal class certification expert reports | 12/21/2018 | 4/11/2019 |
| Close of expert discovery related to class certification | 1/25/2019 | 5/9/2019 |
| Plaintiffs file motions for class certification | 2/19/2019 | 5/28/2019 |
| Plaintiffs file *Daubert* motions (if any) | 2/19/2019 | 5/28/2019 |

| Event | Operative Schedule | Agreed Proposed Deadlines |
|---|---|---|
| Defendants file *Daubert* motions (if any) | 2/19/2019 | 5/28/2019 |
| Status Conference (if needed) | 2/7/2019 | 6/6/2019 |
| Defendants file class certification oppositions | 4/22/2019 | 7/30/2019 |
| Plaintiffs file oppositions to *Daubert* motions | 4/22/2019 | 7/30/2019 |
| Defendants file oppositions to *Daubert* motions | 4/22/2019 | 7/30/2019 |
| Status Conference (if needed) | 5/16/2019 | 8/15/2019 |
| Plaintiffs file class-certification replies | 6/10/2019 | 9/9/2019 |
| Plaintiffs file replies in support of *Daubert* motions | n/a | 9/9/2019 |
| Defendants file replies in support of *Daubert* motions | n/a | 9/9/2019 |
| Class certification hearing | [TBD by Court] | 10/24/2019 |
| Decision on class certification | [TBD by Court] | [TBD by Court] |
| Status Conference (if needed) | n/a | 12/5/2019 |

| Event | Operative Schedule | Agreed Proposed Deadlines |
|---|---|---|
| End of non-expert merits discovery | n/a | 12/5/2019[1] |
| Plaintiffs serve merits expert reports | n/a | 12/20/2019 |
| Defendants serve merits rebuttal expert reports | n/a | 2/28/2020 |
| Status Conference (if needed) | n/a | 3/5/2020 |
| Plaintiffs serve merits expert rebuttal reports | n/a | 4/20/2020 |
| End of merits expert discovery, including merits expert depositions | n/a | 5/10/2020 |
| Time by which any summary judgment motions must be filed | n/a | 5/25/2020 |
| Time by which Plaintiffs must file any *Daubert* motions related to the merits experts | n/a | 5/25/2020 |
| Time by which Defendants must file any *Daubert* motions related to the merits experts | n/a | 5/25/2020 |
| Status Conference (if needed) | n/a | 6/4/2020 |
| Time by which any summary judgment oppositions must be filed | n/a | 7/8/2020 |
| Time by which Plaintiffs must file any *Daubert* oppositions related to merits experts | n/a | 7/8/2020 |

[1] The non-expert merits discovery deadline is appropriately tied to the filing of briefs and expert reports addressing the merits of the case. Accordingly, should other merits deadlines be modified, Plaintiffs reserve the right to seek similar modifications to the non-expert merits discovery deadline.

| Event | Operative Schedule | Agreed Proposed Deadlines |
|---|---|---|
| Time by which Defendants must file any *Daubert* oppositions related to merits experts | n/a | 7/8/2020 |
| Time by which any summary judgment replies must be filed | n/a | 8/7/2020 |
| Time by which Plaintiffs must file any *Daubert* replies related to merits experts | n/a | 8/7/2020 |
| Time by which Defendants must file any *Daubert* replies related to merits experts | n/a | 8/7/2020 |
| Summary judgment hearing | n/a | 9/3/2020 |
| Summary judgment decision | n/a | [TBD by Court] |
| Pretrial filings due date | n/a | 10/1/2020 |
| Final pretrial conference | n/a | 10/15/2020 |
| Trial | n/a | 11/3/2020 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___________________

___________________________________
Hon. James Donato
United States District Judge

DATED: June 25, 2018

Respectfully submitted,

By: /s/ Emmy L. Levens

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
Emmy L. Levens (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Laura Alexander (255485)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
elevens@cohenmilstein.com
lalexander@cohenmilstein.com
rbraun@cohenmilstein.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
Benjamin Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

By: /s/ Adam J. Zapala

Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
Mark F. Ram (294050)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

mram@cpmlegal.com

*Lead Counsel for the Indirect Purchaser Plaintiff Class*

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Erica C. Smilevski (*pro hac vice*)
esmilevski@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Brandon W. Duke (*pro hac vice*)
bduke@winston.com
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2636
Facsimile: (713) 651-2700

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America.*

By: */s/ Kendall Millard*

Kendall Millard
Todd Dixon
Bradley R. Love
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Kendall.Millard@Btlaw.com
Tdixon@Btlaw.com
Blove@Btlaw.com

*Counsel for Hokuriku Electric Industry Co. and HDK America, Inc.*

By: */s/ Belinda S Lee*

Belinda S Lee
Ashley M. Bauer
Cameron J. Clark
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8138
Belinda.Lee@lw.com
Ashley.Bauer@lw.com
Cameron.Clark@lw.com

*Counsel for Kamaya, Inc., Kamaya Electric Co., Ltd., Walsin Technology Corporation, and Walsin Technology Corporation U.S.A.*

By: */s/ Jason C. Murray*

Jason C. Murray
Emily T. Kuwahara
Robert McNary
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690
jmurray @crowell.com
ekuwahara@crowell.com
rmcnary@crowell.com

Daniel Zelenko
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: 212.223.4000
Facsimile: 212.223.4134
dzelenko@crowell.com

*Counsel for KOA Corp. and KOA Speer Electronics, Inc.*

By: */s/ Michael Frederick Tubach*

Michael Frederick Tubach

Megan Havstad
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
mtubach@omm.com
mhavstad@omm.com

Kenneth Ryan O'Rourke
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
korourke@omm.com

*Counsel for ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC*

**FILER'S ATTESTATION**

I, Mark F. Ram, am the ECF user whose identification and password are being used to file this Proposed Case Scheduling Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Mark F. Ram*

Mark F. Ram