LATHAM & WATKINS LLP
  Belinda S Lee (CA Bar No. 199635)
  *belinda.lee@lw.com*
  Ashley M. Bauer (CA Bar No. 231626)
  *ashley.bauer@lw.com*
  Katherine M. Larkin-Wong (CA Bar No. 281038)
  *katherine.larkin-wong@lw.com*
  Cameron J. Clark (CA Bar No. 313039)
  *cameron.clark@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendants Walsin Technology Corporation and Walsin Technology Corporation U.S.A.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE RESISTORS ANTITRUST LITIGATION*<br><br>This Document Relates to:<br><br>THE DIRECT PURCHASER ACTION | CASE NO. 3:15-CV-03820-JD<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS WALSIN TECHNOLOGY CORPORATION AND WALSIN TECHNOLOGY CORPORATION U.S.A. TO ANSWER DIRECT PURCHASER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2ND STIP. AND [PROPOSED] ORDER RE
ANSWERS TO DPP 2ND AMD. COMPL.
CASE NO: 3:15-CV-03820-JD

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2, Direct Purchaser Plaintiffs ("DPPs") and Defendants Walsin Technology Corporation and Walsin Technology Corporation U.S.A. ("Walsin Defendants") respectfully request that the Court enter the following stipulation extending Defendants' deadline to file answers to the DPPs' Second Amended Complaint. This stipulation will not affect any other dates in the case schedule. |

The undersigned parties hereby stipulate as follows:

WHEREAS, DPPs filed their Second Amended Complaint on October 3, 2017, in the Northern District of California, and named the Walsin Defendants among other Defendants;

WHEREAS, on November 14, 2017, this Court granted the parties' proposed case schedule filed on October 17, 2017 that stipulated "[i]n the event that any Defendant files a motion to dismiss the amended complaints, answers for all Defendants, including non-moving Defendants, will be stayed until 45 days after a decision denying the motions to dismiss or amended complaints, if any, are filed." (*See* ECF 336 n.1);

WHEREAS, this Court denied Walsin Defendants' Motions to Dismiss on April 5, 2018;

WHEREAS, the DPPs and Walsin Defendants stipulated to a modification one prior time, on May 21, 2018, for Walsin Defendants to answer DPPs' Second Amended Complaint (ECF No. 435), which this Court so ordered on May 25, 2018. *See* ECF No. 438;

WHERE, Walsin Defendants' answers to DPP's Second Amended Complaint is currently due on July 20, 2018;

WHEREAS, the undersigned counsel have since reached a settlement agreement, but DPPs' counsel require additional time to prepare approval papers to present to the Court;

WHEREAS, Walsin Defendants and DPPs have met and conferred and agreed that the parties are best served by extending the time for Walsin Defendants to file and serve their answers to DPPs' Second Amended Complaint, and that an extension will result in further efficiencies for the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, DPPs on the one hand, and the Walsin Defendants on the other hand, as follows:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2ND STIP. AND [PROPOSED] ORDER RE
ANSWERS TO DPP 2ND AMD. COMPL.
CASE NO: 3:15-CV-03820-JD

The deadline for the Walsin Defendants to respond to DPPs' Second Amended Complaint shall be extended until September 18, 2018.

Dated: July 19, 2018　　　　　　　　　　LATHAM & WATKINS LLP

By: /s/ Katherine M. Larkin-Wong
　　　　Katherine M. Larkin-Wong

*Attorneys for Defendants*
*Walsin Technology Corporation and Walsin*
*Technology Corporation U.S.A.*

DATED: July 19, 2018　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Jeff D. Friedman
　　　　JEFF D. FRIEDMAN

Shana E. Scarlett (217895)
Benjamin J. Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

DATED: July 19, 2018　　　　　　　　　COHEN MILSTEIN SELLERS & TOLL PLLC

By /s/ Kit A. Pierson
　　　　KIT A. PIERSON

Daniel A. Small (*pro hac vice*)
Emmy L. Levens (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Laura Alexander (255485)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

2ND STIP. AND [PROPOSED] ORDER RE
ANSWERS TO DPP 2ND AMD. COMPL.
CASE NO: 3:15-CV-03820-JD

| | |
|---|---|
| 1 | 1100 New York Ave. NW, Suite 500, West Tower |
| 2 | Washington, DC 20005 |
| | Telephone: (202) 408-4600 |
| 3 | kpierson@cohenmilstein.com |
| | dsmall@cohenmilstein.com |
| 4 | elevens@cohenmilstein.com |
| | lalexander@cohenmilstein.com |
| 5 | rbraun@cohenmilstein.com |
| 6 | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |

## **ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from each of the signatories to file this document with the Court.

/s/ Katherine M. Larkin-Wong
Katherine M. Larkin-Wong

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

3

2ND STIP. AND [PROPOSED] ORDER RE
ANSWERS TO DPP 2ND AMD. COMPL.
CASE NO: 3:15-CV-03820-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*IN RE RESISTORS ANTITRUST LITIGATION*

This Document Relates to:

ONLY THE DPP ACTIONS

CASE NO. 3:15-CV-03820-JD

Hon. James Donato

**[PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS WALSIN TECHNOLOGY CORPORATION AND WALSIN TECHNOLOGY CORPORATION U.S.A. TO ANSWER DIRECT PURCHASER PLAINTIFFS' SECOND AMENDED COMPLAINT**

The Court, having considered the Stipulation of Direct Purchaser Plaintiffs and Defendants Walsin Technology Corporation and Walsin Technology Corporation U.S.A., and good cause appearing, orders as follows:

The deadline for Defendants Walsin Technology Corporation and Walsin Technology Corporation U.S.A. to respond to DPPs' Second Amended Complaint shall be extended until September 18, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                Honorable James Donato
                                                United States District Court Judge