# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE RESISTORS ANTITRUST LITIGATION** | **Case Nos. 3:15-cv-03820-JD** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | ~~[PROPOSED]~~ **ORDER REGARDING TAKING OF DEPOSITION OF MR. YOSHIHIRO HASHIMOTO AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN** |

1  **TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED**
2  **TO OSAKA, JAPAN:**
3      WHEREAS, the above-captioned coordinated proceedings are pending before this Court;
4      WHEREAS the Plaintiffs allege that Defendants engaged in anticompetitive conduct
5  concerning the pricing of resistors;
6      WHERAS discovery is currently ongoing;
7      WHERAS the Defendants reserved a deposition room at the United States Consulate in
8  Osaka, Japan for taking the deposition from September 24 – September 25, 2018.
9      On stipulation and pursuant to Article 17 of The United States-Japan Consular Convention
10 of 1963, 15 U.S.T. 768,
11     IT IS ORDERED that the deposition of the following witness, who will appear
12 voluntarily, be taken in the United States Consulate in Osaka, Japan:
13     Name: Mr. Yoshihiro Hashimoto
14     Current Employer: Unknown (retired from Panasonic Corporation)
    Address: Unknown - resides in Japan
15
16     The deposition will commence on or about September 24, 2018 at 9:00am (local time) and
17 will conclude on or about September 25, 2018 at 5:00pm (local time).
18     Counsel for the Indirect Purchaser Plaintiffs who will participate in the said deposition
19 include one or more of the following: Adam Zapala, Elizabeth Castillo, Mark Ram, Tamarah
20 Prevost, Cadio Zirpoli, and David Hwu.
21     Counsel for the Direct Purchaser Plaintiffs who will participate in the said deposition
22 include one or more of the following: Robert Braun, Emmy Levens, and Ben Siegel.
23     Counsel for Defendant Panasonic Corporation and for the deponent who will participate in
24 the said deposition include one or more of the following: Jeffrey L. Kessler, Eva W. Cole, Ian L.
25 Papendick, Erica C. Smilevski, Brandon W. Duke, and Lauren E. Duxstad.
26     The proceedings will be reported by a court reporter provided by Veritext Corp. The
27 primary court reporter will be Leslie Johnson. The back-up court reporters will be Rene
28 Zepezauer and Sharon Lancaster.

1  The proceedings will be recorded on video by a videographer provided by Veritext Corp.
2  The videographer will be Jason Scott Butko. The back-up videographer will be Yian Lee.
3  The deposition will be translated by an interpreter provided by Veritext Corp. The
4  interpreter will be one of the following: Tobias Rushbrook, Naoko Selland, Mike Sekine, Brenda
5  Kaneta or Sako Ikegami.
6  The transcript of the deposition will be prepared and distributed among the interested
7  parties by the court reporter without further involvement by the Consulate General.
8  **IT IS SO ORDERED.**

11 Dated: 7/26/2018

     _____
     Hon. Judge James Donato
     United States District Judge