1  MICHAEL F. TUBACH (CA Bar No. 145955)
   mtubach@omm.com
2  MEGAN L. HAVSTAD (CA Bar. No. 287938)
   mhavstad@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  KENNETH R. O'ROURKE (CA Bar No. 120144)
   korourke@omm.com
7  O'MELVENY & MYERS LLP
   400 South Hope Street
8  Los Angeles, CA  90071-2899
   Telephone:     (213) 430-6000
9  Facsimile:     (213) 430-6407

10 *Attorneys for Defendants ROHM Co., Ltd. and
   ROHM Semiconductor U.S.A. LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE RESISTORS ANTITRUST LITIGATION<br><br>This document relates to:<br>INDIRECT PURCHASER ACTIONS | Case No. 3:15-cv-03820-JD<br><br>**[PROPOSED] ORDER GRANTING RENEWED JOINT STIPULATION UNDER L.R. 6-2(A) REQUESTING AN ORDER EXTENDING ROHM DEFENDANTS' TIME TO RESPOND TO INDIRECT PURCHASER PLAINTIFFS' SECOND AMENDED COMPLAINT** |
|---|---|

[PROPOSED] ORDER GRANTING RENEWED JOINT
STIPULATION REQUESTING EXTENSION OF
ROHM DEFENDANTS' TIME TO RESPOND
CASE NO. 3:15-CV-03820-JD

1    This matter came before the Court on the Parties' Renewed Joint Stipulation Under Local Rule 6-2(A) Requesting an Order Extending ROHM Defendants' Time to Respond to Indirect Purchaser Plaintiffs' Second Amended Complaint ("Stipulation").

The Court, having considered the submissions of the parties, and good cause appearing, hereby **ORDERS** pursuant to Local Rule 6-2(B) that the Stipulation requesting an Order is **GRANTED**, as follows:

1. The ROHM Defendants' deadline to answer or otherwise respond to Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint shall be October 25, 2018.

IT IS SO ORDERED.

Dated:_____                    _____
                                            The Honorable James Donato
                                            United States District Judge