1  LATHAM & WATKINS LLP
   Belinda S Lee (CA Bar No. 199635)
2  *belinda.lee@lw.com*
   Ashley M. Bauer (CA Bar No. 231626)
3  *ashley.bauer@lw.com*
   Katherine M. Larkin-Wong (CA Bar No. 281038)
4  *katherine.larkin-wong@lw.com*
   Cameron J. Clark (CA Bar No. 313039)
5  *cameron.clark@lw.com*
   505 Montgomery Street, Suite 2000
6  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
7  Facsimile:  (415) 395-8095

8  *Attorneys for Defendants Kamaya Electric Co.,*
   *Ltd. and Kamaya, Inc.*

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14                                        CASE NO. 3:15-CV-03820-JD

15  *IN RE RESISTORS ANTITRUST*            **THIRD STIPULATION AND [PROPOSED]**
    *LITIGATION*                           **ORDER REGARDING EXTENSION OF TIME**
16                                         **FOR DEFENDANTS KAMAYA ELECTRIC**
                                           **CO., LTD. AND KAMAYA, INC. TO ANSWER**
17  This Document Relates to:             **INDIRECT PURCHASER PLAINTIFFS'**
                                           **SECOND AMENDED COMPLAINT**
18  THE INDIRECT PURCHASER ACTION

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3RD STIP. AND [PROPOSED] ORDER RE ANSWERS
TO IPP 2ND AMD. COMPL.
CASE NO: 3:15-CV-03820-JD

1    Pursuant to Civil Local Rule 6-2, Indirect Purchaser Plaintiffs ("IPPs") and Defendants
2    Kamaya Electric Co., Ltd. and Kamaya, Inc. ("Kamaya Defendants") respectfully request that the
3    Court enter the following stipulation extending Defendants' deadline to file answers to the IPPs'
4    Second Amended Complaint.  This stipulation will not affect any other dates in the case schedule.
5        The undersigned parties hereby stipulate as follows:
6        WHEREAS, IPPs filed their Second Amended Complaint on March 5, 2018, in the
7    Northern District of California, and named the Kamaya Defendants among the Defendants;
8        WHEREAS, the IPPs and Kamaya Defendants stipulated to two prior modifications for
9    Kamaya Defendants to answer IPPs' Second Amended Complaint, the first instance on April 19,
10   2018 (ECF No. 423), which this Court so ordered on April 24, 2018. (ECF No. 427), and the
11   second instance on May 31, 2018 (ECF No. 440), which this Court so ordered on June 12, 2018.
12   *See* ECF No. 444;
13       WHEREAS, the Kamaya Defendants' answers to IPP's Second Amended Complaint is
14   currently due on July 30, 2018;
15       WHEREAS, the undersigned counsel have since reached a settlement in principle and have
16   made significant progress in settlement discussions, but need additional time to finalize the terms
17   of the settlement agreement;
18       WHEREAS, IPPs and Kamaya Defendants have met and conferred and agreed that the
19   parties are best served by extending the time for Kamaya Defendants to file and serve their answers
20   to IPPs' Second Amended Complaint, and that an extension will result in further efficiencies for
21   the Court;
22       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
23   undersigned counsel, on behalf of their respective clients, IPPs on the one hand, and the Kamaya
24   Defendants on the other hand, as follows:
25       The deadline for the Kamaya Defendants to respond to IPPs' SAC shall be extended until
26   September 28, 2018.
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

3RD STIP. AND [PROPOSED] ORDER RE ANSWERS
TO IPP 2ND AMD. COMPL.
CASE NO: 3:15-CV-03820-JD

1    Dated:  July 30, 2018                    LATHAM & WATKINS LLP

2

3                                            By: /s/ Katherine M. Larkin-Wong
                                                 Katherine M. Larkin-Wong
4

5                                            *Attorneys for Defendants*
                                             *Kamaya Electric Co. Ltd. and Kamaya, Inc.*
6

7    Dated:  July 30, 2018                    COTCHETT, PITRE & MCCARTHY, LLP

8

9                                            By: /s/ Adam J. Zapala
                                                 Adam J. Zapala
10
                                             Joseph W. Cotchett (CA Bar No. 36324)
11                                           Adam J. Zapala (CA Bar No. 245748)
                                             Elizabeth T. Castillo (CA Bar No. 280502)
12                                           Mark F. Ram (CA Bar No. 294050)
                                             Tamarah P. Prevost (CA Bar No. 313422)
13                                           840 Malcolm Road, Suite 200
                                             Burlingame, CA 94010
14                                           Telephone: 650-697-6000
                                             Facsimile: 650-697-0577
15                                           jcotchett@cpmlegal.com
                                             azapala@cpmlegal.com
16                                           ecastillo@cpmlegal.com
                                             mram@cpmlegal.com
17                                           tprevost@cpmlegal.com

18                                           *Lead Counsel for the Indirect Purchaser*
                                             *Plaintiff Class*
19
                    **ATTESTATION OF CONCURRENCE IN THE FILING**
20
          Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from
21
     each of the signatories to file this document with the Court.
22
                                                  /s/ Katherine M. Larkin-Wong
23                                                Katherine M. Larkin-Wong

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

3RD STIP. AND [PROPOSED] ORDER RE ANSWERS
TO IPP 2ND AMD. COMPL.
CASE NO: 3:15-CV-03820-JD

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

CASE NO. 3:15-CV-03820-JD

12

*IN RE RESISTORS ANTITRUST*
*LITIGATION*

Hon. James Donato

13

**[PROPOSED] ORDER REGARDING
EXTENSION OF TIME FOR DEFENDANTS
KAMAYA ELECTRIC CO., LTD. AND
KAMAYA, INC. TO ANSWER INDIRECT
PURCHASER PLAINTIFFS' SECOND
AMENDED COMPLAINT**

14

This Document Relates to:

15

ONLY THE IPP ACTIONS

16
17
18
19

The Court, having considered the Stipulation of Indirect Purchaser Plaintiffs and

20

Defendants Kamaya Electric Co., Ltd. and Kamaya, Inc., and good cause appearing, orders as

21

follows:

22

**PURSUANT TO STIPULATION, IT IS ORDERED**:

23

The deadline for Defendants Kamaya Electric Co., Ltd. and Kamaya, Inc. to respond to

24

IPPs' Second Amended Complaint shall be extended until September 28, 2018.

25
26

Dated: _____

_____

27

Honorable James Donato
United States District Court Judge

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3RD STIP. AND [PROPOSED] ORDER RE ANSWERS
TO IPP 2ND AMD. COMPL.
CASE NO: 3:15-CV-03820-JD

3