Charles E. Tompkins (*pro hac vice* motion forthcoming)
cet@willmont.com
**WILLIAMS MONTGOMERY & JOHN LTD.**
1607 22nd Street NW, Suite 300
Washington, D.C. 20008
Telephone: (202) 791-9951
Facsimile: (312) 630-8586

Eric R. Lifvendahl (*pro hac vice* motion forthcoming)
erl@willmont.com
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500

Eustace de St. Phalle (CA Bar # 171900)
EdeSaintPhalle@rlslawyers.com
**RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 341-9341
Facsimile: (925) 609-1690

*Attorneys for Plaintiff Flextronics International USA, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION | Master File No. 3:15-cv-03820-JD |
| | Case No. 3:18-cv-04495-JD |
| This Document Relates to: | **MOTION FOR LEAVE TO FILE [PROPOSED] AMENDED ORDER REGARDING TAKING DEPOSITION OF HIDEAKI MATSUSHITA** |
| ALL ACTIONS | |

Plaintiff Flextronics International USA, Inc. ("Flex") hereby respectfully moves this court to enter an order granting Flex leave to file its [Proposed] Amended Order Regarding Taking Deposition of Hideaki Matsushita. In support of its motion, Flex states as follows:

1. On July 25, 2018, Flex filed its Complaint in in *Flextronics International USA, Inc. v. Hokuriku Electric Industry Co.., et al.*, Case No. 3:18-cv-04495-JD.

2. On July 26, 2018, this Court entered an Order regarding taking the deposition of Hideaki Matsushita in Japan. *See* ECF 461.

3. Later the same day, on July 26, 2018, Flex filed an Administrative Motion to Consider Whether Cases Should Be Related. *See* ECF 463.

4. The Court issued an Order relating the cases on August 10, 2018. *See* ECF 471.

5. Flex now seeks to add its counsel to the list of counsel who will participate in the deposition of Hideaki Matsushita in Japan.

6. Flex has consulted with counsel for the Indirect Purchaser Plaintiffs, counsel for the Direct Purchaser Plaintiffs, and counsel for Defendant KOA Corporation who will participate in the said deposition and they took no position as to this motion.

WHEREFORE, Flex respectfully asks the Court for leave to file its [Proposed] Amended Order Regarding Taking Deposition of Hideaki Matsushita, which adds counsel for Flex to the list of counsel who will participate in the deposition of Hideaki Matsushita.

Dated: August 10, 2018

WILLIAMS MONTGOMERY & JOHN LTD.

By:  *  /s/ Eric R. Lifvendahl  *
    Eric R. Lifvendahl, *admitted pro hac vice*
    Charles E. Tompkins, *pro hac vice forthcoming*

RAINS LUCIA STERN ST. PHALLE & SILVER, PC

2

By:   <u>/s/ Eustace de Saint Phalle</u>
Eustace de Saint Phalle
*Attorneys for Flextronics International USA, Inc.*

3