LAW OFFICES
**COTCHETT, PITRE & McCARTHY, LLP**
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000

LOS ANGELES                                                                                                    NEW YORK

August 29, 2018

**Via ECF and Overnight Delivery**

The Honorable James Donato
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *In re Resistors Antitrust Litigation*, **No. 15-cv-03820-JD**

Dear Judge Donato:

    Indirect Purchaser Plaintiffs ("IPPs") wish to inform Your Honor that IPPs have settled in principle with each of the Defendants in this action. IPPs request that the Court stay the IPP action to permit the parties to finalize and then move for preliminary approval of the settlements.

    Respectfully Submitted,

    */s/ Adam J. Zapala*

    Adam J. Zapala
    COTCHETT, PITRE & McCARTHY, LLP
    *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

cc:    All Counsel via ECF