Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Kit A. Pierson (*pro hac vice pending*)
Daniel A. Small (*pro hac vice pending*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>ALL ACTIONS | Case No. 3:15-cv-03820-JD<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: September 13, 2018<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

Plaintiffs in the above-captioned Direct Purchaser and Indirect Purchaser actions and Flextronics International USA, Inc. ("Plaintiffs") and Defendants Kamaya, Inc.; Kamaya Electric Co., Ltd.; Walsin Technology Corporation; Walsin Technology Corporation USA; Hokuriku Electric Industry Co., Ltd.; HDK America, Inc.; KOA Corporation; KOA Speer Electronics, Inc.; ROHM Co., Ltd.; ROHM Semiconductor U.S.A., LLC; Panasonic Corporation; and Panasonic Corporation of North America ("Defendants") respectfully submit this Joint Statement in advance of the Case Management Conference scheduled for September 13, 2018.

## I.   DEVELOPMENTS SINCE THE PARTIES' LAST STATUS CONFERENCE

### a.   Proposed Case Schedule

At the April 5, 2018 status conference, in response to IPPs' request to extend the case schedule, the Court "direct[ed] the parties to meet and confer on a proposed schedule" and "advise[d] the parties of its preference for a single extension of all dates in the range of 90 days, rather than multiple extension requests in smaller increments." ECF No. 418.  On June 4, 2018, the Court further ordered: "The parties' proposed case management dates need to cover all events up to and including a pre-trial conference and trial.  The parties should submit a complete schedule by June 25, 2018.  For the parties' guidance, the class certification timeline looked to be unnecessarily long; the Court would appreciate a more streamlined schedule."  ECF No. 442.

In accordance with this Court's order, the parties conferred and jointly submitted a proposed case scheduling order on June 25, 2018.  ECF No. 447.  Several significant proposed deadlines are approaching, including the parties' proposed deadline for Plaintiffs to serve class certification expert reports (proposed for October 17, 2018). The Court has not yet entered the parties' proposed scheduling order.

### b.   Discovery Status

#### Written Discovery

The parties have been continuing to meet and confer regarding Defendants' discovery responses and productions, including Defendants' document and transactional data discovery and interrogatory responses.  Plaintiffs expect to raise issues concerning certain Defendants' document

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

-1-

1    productions (including a possible request for additional KOA custodians) and interrogatory
2    responses in the near future.
3        **DPPs:** DPPs intend to move imminently for a protective order precluding the KOA
4    Defendants from seeking discovery from unnamed members of the DPP class and from using any
5    such discovery that KOA has already obtained, as well as for discovery sanctions.  As this Court
6    previously recognized in *In re Capacitors Antitrust Litigation*, unnamed class member discovery is
7    ordinarily not permitted, and KOA is not able to meet the high bar for showing that such discovery is
8    necessary here.  Additionally, KOA has used efforts to obtain discovery from unnamed class
9    members that are abusive and violate an existing agreement between DPPs and KOA
10       **KOA:** As KOA has already notified DPPs, KOA does not plan to seek additional discovery
11   from unnamed members of the DPP class until after class certification. KOA currently plans to
12   contest the possible motion, and reserves its rights to use upstream purchase data already produced
13   by third parties in response to IPP and Defendant subpoenas.
14   <u>Deposition Discovery</u>
15   Since the last status conference, the parties have taken several depositions.  Additional
16   depositions have been scheduled or are in the process of being scheduled over the next several
17   months.  Plaintiffs anticipate noticing additional depositions in the coming months.
18   The parties have been continuing to meet and confer regarding a stipulation on deposition
19   exhibits. The KOA Defendants may raise issues concerning certain outstanding translation exhibit
20   issues in the near future.
21   On June 26, 2018, DPPs filed a discovery letter seeking to compel the deposition of ROHM
22   Wako. Co., Ltd. employee Hiroshi Kaida.  In light of their settlement in principle, DPPs seek to
23   withdraw their discovery dispute with the ROHM Defendants over the deposition of Mr. Kaida.
24   ROHM has agreed that, if the parties are unable to reach a settlement, it will not oppose DPPs'
25   motion to compel Mr. Kaida's deposition on the basis of DPPs' agreement to withdraw this dispute
26   and will make reasonable efforts to provide DPPs advance notice of any further changes to Mr.
27   Kaida's employment status.
28

   **c.**  **Individual Plaintiff Flextronics International USA, Inc.**

Individual Plaintiff Flextronics International USA, Inc. ("Flex"), on behalf of itself and certain identified affiliates that have assigned Flex claims associated with the conspiracy alleged in this litigation, filed its individual action on July 25, 2018. *See Flextronics International USA, Inc. v. Hokuriku Electric Industry Co.., et al.*, Case No. 3:18-cv-04495-JD, ECF Dkt. 1. Flex's individual action is intended to exclude ("opt-out") Flex from the direct purchaser plaintiff ("DPP") action, including any settlements reached between the putative DPP class and any Defendant. *See id.* at 1. Flex's action arises from the same alleged conspiracy as the DPP action, but seeks relief for foreign purchases of resistors incorporated into manufactured goods imported into the U.S. and purchases made at the direction of Flex management in the United States, both of which are beyond the scope of the DPP action. See Flex Complaint, Case No. 3:18-cv-04495-JD, ECF Dkt. 1, at ¶¶12-13 (Flex's foreign purchase allegations).

On July 26, 2018, Flex filed its administrative motion to relate its individual case to this litigation. *See* ECF 463. While Flex's administrative motion to relate cases was pending, Flex issued formal requests for waiver of service to all Defendants named in Flex's initial complaint. Flex also informally asked counsel for the Defendants named in Flex's action to accept service on behalf of their clients. Flex's administrative motion to relate cases was granted on August 10, 2018. ECF 471. Certain Flex Defendants and Flex have discussed possible stipulations regarding service. However, as of this filing no agreements have been reached.

In order to minimize disruption to the current proposed schedule and avoid duplication of discovery efforts, Flex requested that DPP counsel provide Flex, at Flex's expense, with electronic copies of the documents produced by all parties, as well as copies of pertinent discovery agreements, *e.g.*, agreements regarding search terms and custodians between DPPs and Defendants. DPP Counsel indicated assent to this approach so long as Defendants were not opposed. Flex asked Defendants to state their position regarding this approach on August 13, 2018. Two weeks later, Flex again asked Defendants to state whether they oppose DPP's production of documents produced thus far in the litigation. Flex has received no response to either inquiry. Flex anticipates that, following initial

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD
-3-

review of the documents and prior discovery agreements, Flex and Defendants will be in a position to confer regarding appropriate discovery limitations for the Flex action, and to submit agreed-upon or competing proposals to the Court.

## II.   STATUS OF SETTLEMENTS

### A.   Direct Purchasers

DPPs have either settled or agreed in principle to settle with four of the five Defendant families named in their operative complaint.  On August 16, 2018, DPPs moved for preliminary approval of settlements with the HDK and Kamaya/Walsin Defendants, and a preliminary approval hearing is currently noticed for September 20, 2018.  ECF No. 474.  DPPs plan on moving the Court for preliminary approval of the remaining settlements in the near future.

### B.   Indirect Purchasers

Indirect Purchaser Plaintiffs ("IPPs") have settled in principle with each of the Defendants in this action. (Dkt. 475, Aug. 28, 2018 Ltr.) IPPs request that the Court stay the IPP action to permit the parties to finalize and then move for preliminary approval of the settlements.

| | |
|---|---|
| DATED: September 6, 2018 | Respectfully submitted,<br><br>By: /s/ Kit A. Pierson<br><br>Kit A. Pierson (*pro hac vice*)<br>Daniel A. Small (*pro hac vice*)<br>Emmy L. Levens (*pro hac vice*)<br>Robert A. Braun (*pro hac vice*)<br>Laura Alexander (255485)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>kpierson@cohenmilstein.com<br>dsmall@cohenmilstein.com<br>elevens@cohenmilstein.com<br>lalexander@cohenmilstein.com<br>rbraun@cohenmilstein.com<br><br>Jeff D. Friedman (173886)<br>Shana E. Scarlett (217895)<br>Benjamin Siegel (256260)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile:  (510) 725-3001<br>jefff@hbsslaw.com<br>shanas@hbsslaw.com<br>bens@hbsslaw.com<br><br>Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br><br>*Co-Lead Counsel for Direct Purchaser Plaintiffs*<br><br>By: /s/ Adam Zapala<br><br>Adam J. Zapala (245748)<br>Elizabeth Castillo (280502)<br>Mark F. Ram (294050)<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650-697-6000<br>Facsimile: 650-697-0577<br>azapala@cpmlegal.com<br>etran@cpmlegal.com |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

-5-

mram@cpmlegal.com

*Lead Counsel for the Indirect Purchaser Plaintiff Class*

By: */s/ Charles E. Thompkins*
Charles E. Tompkins (*pro hac vice*)
WILLIAMS MONTGOMERY & JOHN LTD.
1607 22nd Street NW, Suite 300
Washington, D.C. 20008
Telephone: (202) 791-9951
Facsimile: (312) 630-8586
cet@willmont.com

Eric R. Lifvendahl (*pro hac vice*)
WILLIAMS MONTGOMERY & JOHN LTD.
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
erl@willmont.com

By: */s/ Eustace de Saint Phalle*
Eustace de Saint Phalle (CA Bar # 171900)
RAINS LUCIA STERN ST. PHALLE & SILVER, PC
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 341-9341
Facsimile: (925) 609-1690
EdeSaintPhalle@rlslawyers.com

*Counsel for Flextronics International USA, Inc.*

By:  */s/  Jeffrey L. Kessler*

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Erica C. Smilevski (*pro hac vice*)
esmilevski@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Brandon W. Duke (*pro hac vice*)
bduke@winston.com
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone:  (713) 651-2636
Facsimile:  (713) 651-2700

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America.*

By: */s/  Kendall Millard*

Kendall Millard
Todd Dixon
Bradley R. Love
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Kendall.Millard@Btlaw.com
Tdixon@Btlaw.com
Blove@Btlaw.com

*Counsel for Hokuriku Electric Industry Co. and HDK America, Inc.*

By: */s/  Belinda S Lee*

Belinda S Lee
Ashley M. Bauer
Cameron J. Clark
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8138
Belinda.Lee@lw.com
Ashley.Bauer@lw.com
Cameron.Clark@lw.com

*Counsel for Kamaya, Inc., Kamaya Electric Co., Ltd., Walsin Technology Corporation, and Walsin Technology Corporation U.S.A.*

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD

-7-

|   |   |
|---|---|
| 1 | By: */s/ Jason C. Murray* |
| 2 | Jason C. Murray |
|   | Emily T. Kuwahara |
| 3 | Robert McNary |
|   | CROWELL & MORING LLP |
| 4 | 515 South Flower St., 40th Floor |
|   | Los Angeles, CA 90071 |
| 5 | Telephone: 213.622.4750 |
|   | Facsimile: 213.622.2690 |
| 6 | jmurray@crowell.com |
| 7 | ekuwahara@crowell.com |
|   | rmcnary@crowell.com |
| 8 |   |
| 9 | Daniel Zelenko |
|   | CROWELL & MORING LLP |
| 10 | 590 Madison Avenue, 20th Floor |
|   | New York, NY 10022 |
| 11 | Telephone: 212.223.4000 |
|   | Facsimile: 212.223.4134 |
| 12 | dzelenko@crowell.com |
| 13 |   |
|   | *Counsel for KOA Corp. and KOA Speer Electronics,* |
| 14 | *Inc.* |
| 15 | By: */s/ Michael Frederick Tubach* |
| 16 | Michael Frederick Tubach |
|   | Megan Havstad |
| 17 | O'MELVENY & MYERS LLP |
| 18 | Two Embarcadero Center, 28th Floor |
|   | San Francisco, CA 94111-3305 |
| 19 | Telephone: (415) 984-8700 |
|   | Facsimile: (415) 984-8701 |
| 20 | mtubach@omm.com |
| 21 | mhavstad@omm.com |
| 22 | Kenneth Ryan O'Rourke |
|   | O'MELVENY & MYERS LLP |
| 23 | 400 South Hope Street |
|   | Los Angeles, CA 90071-2899 |
| 24 | Telephone: (213) 430-6000 |
|   | Facsimile: (213) 430-6407 |
| 25 | korourke@omm.com |
| 26 |   |
|   | *Counsel for ROHM Co., Ltd. and ROHM* |
| 27 | *Semiconductor U.S.A., LLC* |
| 28 |   |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. 15-cv-03820-JD