UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE RESISTORS ANTITRUST LITIGATION | Related Case No. 3:15-cv-03820-JD |
|---|---|
| | Case No. 3:18-cv-04495-JD |
| This Document Relates To: | |
| FLEXTRONICS INTERNATIONAL USA, INC.'S INDIVIDUAL ACTION | [PROPOSED] ORDER GRANTING FLEXTRONICS INTERNATIONAL USA, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO AMEND COMPLAINT TO NAME ADDITIONAL PARTIES |

This matter comes before the Court on Flextronics International USA, Inc.'s Unopposed Motion To Extend Time To Amend Complaint To Name Additional Parties.

Upon consideration of the motion, the papers submitted in support and in response thereto, and good cause appearing, the motion is GRANTED.

The March 29, 2019 deadline for Plaintiff Flextronics International USA, Inc. to file an amended complaint naming additional parties is extended by thirty-one days, to Monday, April 29, 2019.

**IT IS SO ORDERED.**

DATED: 3/28/19

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Dated: March 26, 2019

WILLIAMS MONTGOMERY & JOHN LTD.
By: */s/ Charles E. Tompkins*

Charles E. Tompkins, admitted *pro hac vice*
cet@willmont.com
1200 18th Street NW, Suite 325
Washington, D.C. 20036
Telephone: (202) 791-9951
Facsimile: (312) 630-8586

Eric R. Lifvendahl (admitted *pro hac vice*)
erl@willmont.com
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500

RAINS LUCIA STERN ST. PHALLE & SILVER, PC

By:   */s/ Eustace de Saint Phalle*
      Eustace de Saint Phalle

Eustace de St. Phalle (CA Bar # 171900)
EdeSaintPhalle@rlslawyers.com
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 341-9341
Facsimile: (925) 609-1690

*Attorneys for Flextronics International USA, Inc.*

- 3 -
[PROPOSED] ORDER GRANTING FLEXTRONICS INTERNATIONAL USA, INC.'S UNOPPOSED MOTION
TO EXTEND TIME TO AMEND COMPLAINT TO NAME ADDITIONAL PARTIES