# EXHIBIT 2

*IN RE RESITORS ANTITRUST LITIGATION*
Case No.3:15-cv-03820-JD

**EXHIBIT 2**
**COTCHETT, PITRE & McCARTHY, LLP**

**Hours and Lodestar on a Historical Basis**
**Inception through July 31, 2019**

| Categories: | 1) Legal Research | 6) Class Certification | 11) Settlements & Mediation | TITLE ABBRV: | (P) Partner |
|---|---|---|---|---|---|
| | 2) Investigation / Factual Research | 7) Summary Judgment | 12) Case Management | | (A) Associate |
| | 3) Discovery | 8) Appeals | 13) Class Notice | | (FLR) Foreign Language Reviewer |
| | 4) Document Review | 9) Court Appearance and Prep | 14) Trial Prep | | (LC) Law Clerk |
| | 5) Pleadings, Briefs & Motions | 10) Experts | 15) Trial | | (SPL) Senior Paralegal |
| | | | | | (PL) Paralegal |

| ATTORNEYS (P, A, CA, CFL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | CUMULATIVE HOURS | HOURLY RATE | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joseph W. Cotchett (P) | 56.80 | | 1.30 | | 22.10 | | | | | | | | | | | 80.20 | $800.00 | $64,160.00 |
| Steven N. Williams (P) | | 0.80 | 7.30 | | 28.40 | | | | 29.70 | | 4.60 | 9.60 | | | | 80.40 | $800.00 | $64,320.00 |
| Steven N. Williams (P) | | 7.00 | 1.50 | | 12.90 | | | | 2.50 | | | 10.70 | | | | 34.60 | $775.00 | $26,815.00 |
| Adam J. Zapala (P) | | | 307.80 | | 220.90 | | | | 60.60 | 0.50 | 131.70 | 9.10 | | 0.00 | 5.60 | 736.20 | $750.00 | $552,150.00 |
| Adam J. Zapala (A) | | | | | 21.50 | | | | 4.90 | | | | | | | 26.40 | $450.00 | $11,880.00 |
| Ana Gardea (A) | 3.50 | 4.00 | | 20.30 | | | | | | | | | | | | 27.80 | $500.00 | $13,900.00 |
| Demetrius X. Lambrinos (A) | | | 92.20 | | | | | | 4.30 | | | | | | | 96.50 | $500.00 | $48,250.00 |
| Demetrius X. Lambrinos (A) | | 4.20 | 5.80 | | 31.60 | | | | | | | 2.00 | | | | 43.60 | $450.00 | $19,620.00 |
| Joyce M. Chang (A) | | | 0.50 | | | | | | 4.80 | | | 2.70 | | | | 8.00 | $400.00 | $3,200.00 |
| Tamarah Prevost (A) | 2.60 | | 177.00 | | 12.50 | | | | 6.00 | | | 0.80 | 1.60 | | | 200.50 | $425.00 | $85,212.50 |
| Mark F. Ram (A) | | | | | | | | | | | 0.40 | | | | | 0.40 | $500.00 | $200.00 |
| Mark F. Ram (A) | | 0.30 | 695.80 | | 155.50 | | | | 22.00 | 2.70 | 140.10 | 14.40 | | | | 1,030.80 | $425.00 | $438,090.00 |
| Mark F. Ram (A) | | 9.40 | 142.50 | | | | | | | | | | | | | 151.90 | $400.00 | $60,760.00 |
| Elizabeth T. Castillo (P) | | | | | 0.50 | | | | 7.30 | | 2.40 | 1.40 | 0.40 | | | 12.00 | $650.00 | $7,800.00 |
| Elizabeth T. Castillo (A) | 0.40 | | 83.30 | 1.30 | 0.80 | | 1.40 | | | | 10.70 | 3.40 | | | | 101.30 | $500.00 | $50,650.00 |

| Name | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elizabeth T. Tran (A) | | | 1.10 | | | | | | | 0.70 | | | | | | 1.80 | $375.00 | $675.00 |
| Adam Trott (A) | | | 3.70 | | | | | | 5.40 | | | | | | | 9.10 | $500.00 | $4,550.00 |
| Jennifer Hitomi Bond (FLR) | | | | 723.60 | | | | | | | | | | | | 723.60 | $300.00 | $217,080.00 |
| Tom Chen (FLR) | | | | 543.30 | | | | | | | | | | | | 543.30 | $300.00 | $162,990.00 |
| Aki Saito (FLR) | | | | 882.30 | | | | | | | | | | | | 882.30 | $300.00 | $264,690.00 |
| Yuri Shima (FLR) | | | | 212.10 | | | | | | | | | | | | 212.10 | $300.00 | $63,630.00 |
| Matthew Sipprell (FLR) | | | | 1,452.00 | | | | | | | | | | | | 1,452.00 | $300.00 | $435,600.00 |
| Yuedan Liu (FLR) | | | | 2,184.30 | | | | | | | | | | | | 2,184.30 | $300.00 | $655,290.00 |
| Chikako Nishimura (FLR) | | | | 1,217.40 | | | | | | | | | | | | 1,217.40 | $300.00 | $365,220.00 |
| Shinichi Nozaki (FLR) | | | | 960.70 | | | | | | | | | | | | 960.70 | $300.00 | $288,210.00 |
| Gregory M. Jordan (FLR) | | | | 1,650.30 | | | | | | | | | | | | 1,650.30 | $300.00 | $495,090.00 |
| **SUB-TOTAL** | 63.30 | 25.70 | 1,519.80 | 9,847.60 | 506.70 | 0.00 | 1.40 | 0.00 | 147.50 | 3.20 | 289.90 | 54.80 | 2.00 | 0.00 | 5.60 | 12,467.50 | | $4,400,032.50 |
| | | | | | | | | | | | | | | | | | | |
| **NON-ATTORNEYS (LC, SPL, PL)** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR |
| Jaclyn A. Verducci (SPL) | | 2.30 | 490.60 | | 17.80 | | | | 4.30 | 9.40 | 9.90 | 7.60 | 11.30 | | | 553.20 | $325.00 | $179,790.00 |
| Jaclyn A. Verducci (SPL) | | 6.40 | 235.30 | | 89.10 | | | | 13.10 | | | 12.50 | | | | 356.40 | $250.00 | $89,100.00 |
| Yuka Shimamura (FLR) | | | | | 1,779.00 | | | | | | | | | | | 1,779.00 | $300.00 | $533,700.00 |
| Nirav Engineer (SPL) | | 131.60 | | | | | | | | | | | | | | 131.60 | $250.00 | $32,900.00 |
| Priya Goldwyn (PL) | | | 32.40 | | | | | | 0.60 | | | | | | | 33.00 | $250.00 | $8,250.00 |
| Kyle Quackenbush (PL) | 0.50 | | 2.30 | | | | | | | | | | | | | 2.80 | $250.00 | $700.00 |
| Morgan Blehm (PL) | | 1.10 | 10.70 | | | | | | | | | 4.60 | | | | 16.40 | $275.00 | $4,510.00 |
| Michael Caylo (PL) | | | 390.80 | | 9.30 | | | | | 1.50 | 10.20 | 21.60 | 1.00 | | | 434.40 | $275.00 | $119,460.00 |
| Michael Caylo (PL) | 5.00 | 52.00 | 33.90 | | | | | | | | | | | | | 90.90 | $250.00 | $22,725.00 |
| Allison Cox (PL) | | 4.30 | 189.40 | | 9.70 | | | | 6.10 | 0.80 | 9.60 | 8.90 | | | | 228.80 | $275.00 | $62,920.00 |
| Reid Gaa (PL) | | | 27.70 | | | | | | | | | | | | | 27.70 | $275.00 | $7,617.50 |
| Virginia Lin (PL) | | 3.00 | 21.50 | | | | | | | | | | 5.80 | | | 30.30 | $275.00 | $8,332.50 |
| Sean Purcell (PL) | | 9.00 | 108.40 | | | | | | | 0.50 | | | | | | 117.90 | $275.00 | $32,422.50 |
| Rowyda Rashid (PL) | | | 3.00 | | | | | | | | | 4.00 | | | | 7.00 | $275.00 | $1,925.00 |
| Carlo Lipson (PL) | 1.00 | | | | | | | | | | | 11.70 | | | | 12.70 | $275.00 | $3,492.50 |
| Eric Kohan (LC) | 20.30 | | | | | | | | 4.50 | | | | | | | 24.80 | $175.00 | $4,340.00 |
| **SUB-TOTAL** | 26.80 | 209.70 | 1546.00 | 0.00 | 1904.90 | 0.00 | 0.00 | 0.00 | 28.60 | 12.20 | 29.70 | 70.90 | 18.10 | 0.00 | 0.00 | 3,846.90 | | $1,112,185.00 |
| **GRAND TOTAL:** | 90.10 | 235.40 | 3065.80 | 9847.60 | 2411.60 | 0.00 | 1.40 | 0.00 | 176.10 | 15.40 | 319.60 | 125.70 | 20.10 | 0.00 | 5.60 | 16,314.40 | | $5,512,217.50 |