# EXHIBIT 3

*In re Resistors Antitrust Litigation*
**Case No. 3:15-cv-03820-JD**

## EXHIBIT 3

### Summary of All Firms Total Hours and Lodestar

### December 21, 2015 through June 17, 2019

| Firm Name | Hours | Lodestar |
|---|---:|---:|
| Cotchett Pitre & McCarthy LLP | 16314.40 | $5,512,217.50 |
| Glancy Prongay & Murray LLP | 796.70 | $257,876.50 |
| Gustafson Gluek PLLC | 3083.20 | $1,030,205.50 |
| Hausfeld LLP | 2768.70 | $850,035.00 |
| Lieff Cabraser Heimann & Bernstein LLP | 2,522.70 | $784,101.50 |
| Lockridge Grindal Nauen PLLP | 491.30 | $239,262.00 |
| Meredith & Associates | 67.10 | $52,673.50 |
| Rupp Baase Pfalzgraf Cunningham, LLP | 39.30 | $15,007.50 |
| Saveri & Saveri, Inc | 1083.75 | $526,025.00 |
| Steyer Lowenthal Boodrookas Alvarez & Smith LLP | 402.80 | $242,997.50 |
| The Miller Law Firm, P.C. | 6,248.70 | $1,970,518.50 |
| **TOTAL:** | **33,818.65** | **$11,480,920.00** |