Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>DIRECT PURCHASER ACTIONS | Case No. 3:15-cv-03820-JD<br><br>DIRECT PURCHASER PLAINTIFFS' NOTICE CONCERNING REDUCING REIMBURSED EXPENSES FOR CLASS COUNSEL AND INCREASING DISTRIBUTION TO THE SETTLEMENT CLASS |

010554-11 1210801v1

Direct Purchaser Plaintiffs ("DPPs") respectfully submit this Notice to inform the Court of a correction to the amount of litigation expenses to be reimbursed to DPP Class Counsel,[1] resulting in a reduction in the expenses reimbursed to Class Counsel and an increase in the funds available for distribution to the Settlement Class.

On October 7, 2019, DPPs filed their Revised Motion for Attorneys' Fees, Expenses, and Service Award ("Revised Motion"). ECF No. 560.  In the Revised Motion, DPPs requested reimbursement of litigation expenses totaling $1,889,492.86. *Id.* at 1, 25. On March 24, 2020, this Court issued an Order Granting DPPs' Revised Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award for the Class Representative, which, *inter alia*, granted DPPs' request for reimbursement of litigation expenses. ECF No. 587.

In their Revised Motion, DPPs requested reimbursement of $1,740,150.99 in litigation expenses paid from the Litigation Fund jointly funded by DPP Class Counsel.[2]  DPPs also requested reimbursement of $12,092.06 in litigation expenses paid directly by Hagens Berman[3] and $61,518.88 in litigation expenses paid directly by Cohen Milstein.[4] DPPs attached supporting documentation for the expenses in all three categories to the Revised Motion.[5]

In preparing for distribution, DPP Class Counsel again confirmed that the amounts requested in these three categories are correct.  But in conducting this review, Class Counsel discovered an error in the total sum of these three figures – the Revised Motion reflected a total of $1,889,492.86, but the correct sum is $1,813,761.93 (a difference of $75,730.93). We apologize for the inadvertent error. In order to address this issue, DPP Class Counsel will include an additional $75,730.93 in the

---

[1] "DPP Class Counsel" means Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein").

[2] *See* Declaration of Steve W. Berman in Support of DPPs' Revised Motion for Attorneys' Fees, Expenses and Service Award ("Berman Decl."), ¶¶ 20-27 & Exs. 6-7, Oct. 7, 2019, ECF No. 560-2.

[3] *See id.,* ¶¶ 28-30 & Exs. 8-9.

[4] *See* Declaration of Emmy L. Levens in Support of DPPs' Revised Motion For Attorneys' Fees, Expenses and Service Award ("Levens Decl."), ¶¶ 55-59 & Exs. 6-7, Oct. 7, 2019, ECF No. 560-3 (detailing expenses incurred by Cohen Milstein, including $34 of parking expenses not requested in the total).

[5] Berman Decl., Ex. 6-9; Levens Decl., Exs. 6-7.

net settlement fund to be distributed to the Settlement Class and will reduce DPP Class Counsel's reimbursed expenses by the same amount.

DATED: May 15, 2020                    HAGENS BERMAN SOBOL SHAPIRO LLP

By      /s/ Steve W. Berman
            STEVE W. BERMAN

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

Kit A. Pierson (*pro hac vice*)
Daniel A. Small (*pro hac vice*)
Emmy L. Levens (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
elevens@cohenmilstein.com
rbraun@cohenmilstein.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*