UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE RESISTORS ANTITRUST LITIGATION | Case No. 3:15-cv-03820-JD |
|---|---|
| This Documents Relates to:<br><br>DIRECT PURCHASER ACTIONS | [~~PROPOSED~~] ORDER REGARDING POST-DISTRIBUTION ACCOUNTING, RELEASE OF REMAINING ATTORNEYS' FEES, AND SETTLEMENT FUND REDISTRIBUTION |

010554-11 1379040V1

1   This matter comes before the Court on Direct Purchaser Plaintiffs' (DPPs) Notice of Post-
2   Distribution Accounting and Request for Release of Remaining Attorneys' Fees and Authorization to
3   Redistribute Remaining Settlement Funds (Notice). Dkt. No. 606. Having considered the Post-
4   Distributing Accounting and DPPs' Notice, the Court orders:

1.   The release of the remaining $2,512,500 in attorneys' fees that was awarded by this Court to Class Counsel for DPPs, which had been withheld pending further order of the Court, to be issued after counsel filed the Post-Distribution Accounting required by the N.D. Cal. Procedural Guidance for Class Action Settlements. *See* Dkt. No. 587.

2.   The DPPs' Settlement Administrator to perform a benefit redistribution on a pro rata basis among Settlement Class Members who cashed their initial checks, and if settlement funds still remain following this benefit redistribution, the remaining amount shall be distributed as a *cy pres* award 50% to the American Antitrust Institute and 50% to the Public Justice Foundation.

**IT IS SO ORDERED.**

DATED:  December 17, 2020

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

[PROP.] ORDER RE DPP NTC. OF POST-
DISTRIBUTION ACCOUNTING- Case No.: 15-cv-03820-JD
010554-11 1379040V1                              -1-