CROWELL & MORING LLP
Jason C. Murray (CSB No. 169806)
Emily T. Kuwahara (CSB No. 252411)
Robert B. McNary (CSB No. 253745)
Jordan Ludwig (CSB No. 277952)
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690
Email:  jmurray@crowell.com
        ekuwahara@crowell.com
        rmcnary@crowell.com
        jludwig@crowell.com

CROWELL & MORING LLP
Katie Yablonka (CSB No. 295015)
3 Embarcadero Ctr. 26th Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827
Email:  kyablonka@crowell.com

Attorneys for Defendants *KOA Corporation and KOA Speer Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: RESISTORS ANTITRUST LITIGATION | Master Case No. 3:15-cv-03820-JD |
|---|---|
| THIS DOCUMENT RELATES TO ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

1    PLEASE TAKE NOTICE that the undersigned counsel, Robert B. McNary, hereby withdraws his appearance as one of the counsel of record in the above-captioned matter for Defendants KOA Corporation and KOA Speer Electronics, Inc.

Dated:   January 11, 2021            CROWELL & MORING LLP


                                      /s/ Robert B. McNary
                                     Robert B. McNary

                                     Attorneys for Defendants
                                     *KOA Corporation and KOA Speer Electronics, Inc.*